

1  BUCHALTER NEMER
   A Professional Corporation
2  BERNARD E. LESAGE (SBN: 61870)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-2457
   Telephone: (213) 891-0700
4  Facsimile: (213) 896-0400
   Email: blesage@buchalter.com

5

   Attorneys for Defendant
6  ACC Capital Holdings Corporation and Argent Mortgage
   Company

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  ADVOCATE FOR FAIR LENDING,          Case No. '08 CV 0974 JLS BLM
    LLC, a California Limited Liability
12  Company, Attorney in Fact for Tazuko   NOTICE OF REMOVAL UNDER 28 U.S.C.
    Thorgusen,,                             SECTIONS 1441 AND 1446

13

                Plaintiff,
14
        vs.
15

16  ACC CAPITAL HOLDINGS
    CORPORATION, ARGENT
17  MORTGAGE COMPANY, CITI
    RESIDENTIAL LENDING, DEUTSCHE
18  BANK TRUST, CR TITLE SERVICES,
    INC., DOES 1-25, inclusive,,

19              Defendant.

20

21      TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

22  SOUTHERN DISTRICT OF CALIFORNIA, ALL INTERESTED PARTIES AND THEIR

23  COUNSEL OF RECORD:

24      PLEASE TAKE NOTICE THAT: Defendants ACC Capital Holdings Corporation

25  ("ACC-CH"), Argent Mortgage Company ("Argent") (collectively, "Defendants") herby remove

26  the above captioned-action, Case No. 2008-00082973, currently pending in the Superior Court of

27  the State of California in and for the County of San Diego, to the United States District Court for

28  the Southern District of California.

BUCHALTER NEMER                          1
A Professional Corporation
Los Angeles
        NOTICE OF REMOVAL UNDER 28 U.S.C. SECTIONS 1441 AND 1446

1    Removal is pursuant to 28 U.S.C. §§ 1441 and 1446, and is based upon federal question

2    jurisdiction. As grounds for removal, Defendants state as follows:

3    1. In or around April of 2008, plaintiff Advocate for Fair Lending, LLC, a California

4    Limited Liability Company, Attorney in Fact for Tazuko Thorgusen ("Plaintiff") filed an action

5    in the Superior Court of California in and for the County of San Diego, entitled <u>Advocate for Fair</u>

6    <u>Lending, LLC, a California Limited Liability Company, Attorney in Fact for Tazuko Thorgusen</u>

7    <u>v. ACC Capital Holdings Corporation, Argent Mortgage Company, Citi Residential Lending,</u>

8    <u>Deutsche Bank Trust, CR Title Services, Inc. and Does 1-25</u>. as Case No. 2008-00082973. A

9    true and correct copy of the Complaint is attached hereto as Exhibit "A."

10    2. The Complaint alleges, *inter alia*, that Defendants violated the Truth in Lending Act

11    (15 U.S.C. §1639(h) and 15 U.S.C. §1601 *et seq.*, and 12 C.F.R. part 226.1 *et seq.*). [*See*

12    Complaint, paras. 17, 24, 37 and 38). Although on its face the Complaint does not contain a

13    count for violations of the Truth in Lending Act, through the Declaratory Relief Cause of Action,

14    Plaintiff seeks a declaration that he is entitled to the specific remedies provided for under 15

15    U.S.C. §1601 *et seq.* and 12 C.F.R. part 226.1 *et seq.* [*See* Complaint, paras. 37-39].

16    Accordingly, this claim arises under federal law because the Complaint establishes that plaintiff's

17    right to relief necessarily depends upon resolution of a substantial question of federal law:

18    namely whether Plaintiff is entitled to the remedies provided for by the Truth in Lending Act).

19    *See Franchise Tax Board v. Construction Laborers Vacation Trust* (1983) 463 U.S. 1, 27-28, 103

20    S.Ct. 2841, 2855-56. Plaintiff may not avoid federal question jurisdiction by disguising his Truth

21    in Lending Act claim in the form of a Declaratory Relief cause of action. *Rivet v. Regions Bank*

22    *of Louisana* (1998) 522 U.S. 470, 475; *Schroeder v. Trans World Airlines, Inc.* (9th Cir. 1983)

23    702 F.2d 189, 191.

24    3. Based on the above, this is a civil action of which this Court has original jurisdiction

25    under 18 U.S.C. §1331, and is one which may be removed to this Court under the provisions of

26    28 U.S.C. §§ 1441(b) and 1446 in that it arises under the Truth in Lending Act, 15 U.S.C. §1601,

27    *et seq.*

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

2

NOTICE OF REMOVAL UNDER 28 U.S.C. SECTIONS 1441 AND 1446

4. Defendants were first put on notice of this action on April 30, 2008 when they were served with the Complaint.

5. As of the date of this Notice of Removal, Defendants note that co-defendants Citi Residential Lending, Deutsche Bank Trust and CR Title Services ("Co-Defendants") have been served with the Complaint. Defendants are unaware of Co-Defendants' position regarding removal, as Defendants are informed and believe that Co-Defendants are first attempting to settle the matter with Plaintiff.

6. Attached hereto as Exhibit "B" is a copy of the Notice to State Court and to Adverse Parties of Removal of Civil Action to United States District Court under 28 U.S.C. §§ 1441 and 1446 Based On Federal Question Jurisdiction." Defendants will promptly serve Exhibit "B" on Plaintiff's counsel, and will promptly file with the Clerk of the San Diego Superior Court. *See* 28 U.S.C. §§1446(a), (d).

WHEREFORE, Defendants pray that the above-entitled action now pending in the Superior Court of the State of California in and for the County of San Diego be removed to this Court pursuant to 28 U.S.C. §1441(b).

DATED: May 30, 2008

BUCHALTER NEMER
A Professional Corporation

By: *[signature]*
BERNARD E. LESAGE
Attorneys for Defendant
ACC Capital Holdings Corporation, Argent
Mortgage Company, Citi Residential Lending,
Deutsche Bank Trust, CR Title Services, Inc.,
DOES 1-25, inclusive,

BN 1966643v1

**EXHIBIT A**

Served 4/30/08
on Js.
Answer Due 5/30/0
Exparte cont.
20 days

1 | Mark A. Shoemaker, Esq. [sbn 134828]
    3750 E. Anaheim St., Ste. 201
2 | Long Beach, CA 90804
    Tel (562) 498-9595
3 | Fax (562) 494-8410

4 | Attorney for Plaintiff
    ADVOCATE FOR FAIR LENDING, LLC,
5 | Attorney In Fact for Tazuko Thorgusen

6

7

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11 | Advocate For Fair Lending, LLC, a           ) CASE NO. 2008-00082473
     California Limited Liability Company,        )
12 | Attorney In Fact for Tazuko Thorgusen,       )
                                                  ) Complaint For:
13 |         Plaintiff,                           )
                                                  ) (1) Violation of Unfair Business Practices Act
14 | vs.                                          ) §17200 et seq.
                                                  ) (2) Declaratory Relief
15 | ACC Capital Holdings Corporation, Argent     )
     Mortgage Company, Citi Residential           )
16 | Lending, Deutsche Bank Trust, CR Title       )
     Services, Inc., Does 1-25, Roes 1-25,        )
17 | Inclusive,                                   )
                                                  )
18 |         Defendants.                          )
     _____ )
19

20 | Plaintiff Advocate For Fair Lending, LLC. ("Plaintiff") alleges:

21

22 |                 ALLEGATIONS COMMON TO ALL COUNTS

23 | 1.    Plaintiff is a California Limited Liability Company.

24 | 2.    Plaintiff is the attorney-in-fact for Tazuko Thorgusen ("Thorgusen"). A copy of the notarized

25 | limited power of attorney giving Plaintiff authority to bring this action is attached as Exhibit 1.

26 | 3.    Defendant ACC Capital Holdings Corporation ("ACC Capital") is the parent company to Argent

27 | Mortgage Company ("Argent") which was the originator of Loan Number 0092696350 ("Thorgusen

28 | Loan") and doing business in the State of California. Argent was a lender in the State of California

1

**COMPLAINT**

1  selling subprime loans to consumers such as Thorgusen.

2  4.       Defendant Citi Residential Lending ("Citi") is the servicer and agent for ACCC Capital and

3  Deutsche Bank Trust of the Thorgusen Loan and doing business in the State of California.

4  5.       Deutsche Bank Trust ("Deutsche Bank") is the current beneficiary of the Thorgusen Loan

5  through assignment by Argent and ACC Capital and doing business in the State of California.

6  6.       Defendant CR Title Services, Inc. ("CR Title") is the current Trustee for the Thorgusen Loan and

7  affiliated directly with Citi.

8  7.       For over 15 years, Thorgusen has lived at her primary residential property located at 10449

9  Stanfield Circle, San Diego, California 92126 ("Property").

10  8.       Prior to January 20, 2006, Thorgusen had a note and 1st trust deed against the Property in the

11  amount of $206,250 to GMAC. Thorgusen's monthly payment was $1,041.57.

12  9.       Around January 20, 2006, Thorgusen needed $60,000 for her business since she was self

13  employed and required an infusion of capital.

14  10.      Thorgusen's mortgage broker through defendant Argent placed Thorgusen in a loan which:

15        A.       Increased her payments from $1,041.57 to $1,987.35 for the first two years and then

16                 increased to $2,481.10 for 6 months and then to $2,653.91 for 2 ½ years.

17        B.       Reduced her equity from $219,000 to $129,000.

18        C.       Charged her $30,000 in broker fees, costs and prepayment penalties for paying off the 1st.

19        D.       Was more than 50% of her debt to income ("DTI")

20  11.      Thorgusen signed for a new loan for $296,250, which provided for 4 significant adjustments over

21  a 5 year period. During the loan process, the broker and lender failed to make material disclosures as

22  required under 15 USC §1601 et seq. and 12 CFR §§226.1 et seq. Some of the violations included:

23        A.       No signed and dated Borrower Authorization.

24        B.       No signed and dated Good Faith Estimate.

25        C.       No credit report.

26        E.       No appraisal.

27        F.       No proof of income.

28        G.       No proof of reserves (verification of income).

2

**COMPLAINT**

H.   No proof of employment.

I.   No paycheck stubs on the borrower.

J.   No bank statements.

K.   No variable interest rate notice.

L.   Loan documents were not given to borrower at least 3 days before borrower signed the loan documents.

M.   Truth In Lending statements were not within $100 of the actual loan.

N.   No proof that any broker disclosures were given or signed within 3 days of running credit.

O.   On the Truth In Lending statements the payments do not match the loan documents.

12.   Attached as Exhibit 2 is a true and correct copy of the Uniform Residential Loan Application for borrower on Fannie Mae Form 1003 (hereafter "1003") signed by Thorgusen on January 20, 2006.

13.   Attached as Exhibit 3 is a true and correct copy of an unsigned and undated Good Faith Estimate, which shows a preparation date of December 29, 2005.

14.   Attached as Exhibit 4 is a true and correct copy of an unsigned and undated Preliminary Truth-In-Lending Disclosure Statement (hereafter "Preliminary TIL").

15.   Attached as Exhibit 5 is a true and correct copy of a Final Truth-In-Lending Disclosure Statement (hereafter "Final TIL") signed and dated by the borrower on January 20, 2006.

16.   Attached as Exhibit 6 is a true and correct copy of a Settlement Statement (hereafter "HUD-1"). The HUD-1 is on a form dated March 1986 for a 2006 Loan.

17.   More specifically, due to the circumstances and terms and condition of the loan, the actions of the Argent and the mortgage broker violated 15 USC §1639(h) in that Argent and the broker placed Thorgusen in a loan without regard to her financial situation and her ability to pay. Further, Argent and the broker failed to inform Thorgusen of less costly alternatives all for the purpose of increasing broker fees and costs and engaging in what is more commonly known as "equity stripping."

18.   Thorgusen was not able to maintain payment of the increased amounts under the Thorgusen Loan and a foreclosure is set for May 1, 2008.

19.   Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of

3

1  defendants Does 1-25 and Roes 1-25, were the agents and employees of each other and defendants and

2  in doing the things hereinafter alleged, was acting within the course and scope of such agency and

3  employment.

4  20.    The true names and capacities, whether individual, corporate, associate, or otherwise, of

5  defendants Does 1-25 and Roes 1-25, are unknown to Plaintiff, who therefore sues said defendants by

6  such fictitious names. Plaintiff will amend this complaint to show the true names and capacities when

7  the same have been ascertained.

8  21.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned,

9  defendants and Does 1-25 and Roes 1-25, and each of them, participated with each of the other

10  defendants in the things complained of in this Complaint, or intentionally or knowingly agreed or

11  conspired with each of such other defendants in doing said things, or aided and abetted each of such

12  other defendants in doing said things, or acted with the permission, acquiescence, and ratification of

13  each of such other defendants in doing said things.

14

15                            FIRST CAUSE OF ACTION

16                (Unlawful Business Practice Against All Defendants)

17  22.    Plaintiff realleges and incorporates by reference Paragraphs 1 through 23 as though fully set

18  forth herein.

19  23.    *Business and Professions Code* §17200 ("§17200") provides that unfair competition shall mean

20  and include any unlawful business act or practice. Virtually any law or regulation whether federal or

21  state, statutory or common law, can serve as predicate for a §17200 "unlawful" violation. Thus, if a

22  "business practice" violates any law, literally, it also violates §17200. §17200 "borrows violations of

23  other laws and treats them as unlawful practices independently actionable under §17200. Business

24  practices that violate federal laws may be redressed under §17200. *Diaz v. Kay-Dix Ranch* (1970) 9

25  Cal.App.3d 588, 591.

26  24.    Argent's conduct and actions violate the specific mandatory disclosure requirements of 15 USC

27  §1601 et seq. and 12 CFR  §§226.1 et seq.

28

                                    4

25.    15 USC §1639(h) specifically prohibits the extension of credit without regard to payment ability of the consumer and shall not engage in a pattern and practice of extending credit based on the consumer's collateral without regard to the consumer's repayment ability, including current and expected income, current obligations and employment.

26.    As a result of Argent's Unlawful Business Practice, Thorgusen was placed in a loan which was more detrimental to her than her existing loan at the time and resulted in the Property going into foreclosure. Plaintiff is entitled equitable orders by the court which can include restitution, modification and reformation of the Thorgusen Loan. Plaintiff is also entitled to an injunction against ACC Capital, Argent, Deustsche Bank, Citi and CR Title and its agents to enjoin the Trustee's Sale of the Property set for May 1, 2008.

## SECOND CAUSE OF ACTION

### (Unfair Business Practice Against All Defendants)

27.    Plaintiff realleges and incorporates by reference Paragraphs 1 through 26 as though fully set forth herein.

28.    §17200" provides that unfair competition shall mean and include any unfair business act or practice.

29.    The 'unfair' standard is intentionally broad, allowing courts maximum discretion to prohibit new schemes to defraud. A business practice can be 'unfair' and violate §17200 even if it is not 'deceptive' and even if it is 'lawful. An unfair business practice occurs when it offends an established public policy or when the practice is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers.

30.    All of the actions and conduct as alleged above surrounding the Thorgusen Loan constitute an unfair business act or practice. business within the context and application of §17200.

31.    As a result of Argent's Unfair Business Practice, Thorgusen was placed in a loan which was more detrimental to her than her existing loan at the time and resulted in the Property going into foreclosure. Plaintiff is entitled equitable orders by the court which can include restitution, modification and reformation of the Thorgusen Loan. Plaintiff is also entitled to an injunction against ACC Capital,

5

1  Argent, Deustsche Bank, Citi and CR Title and its agents to enjoin the Trustee's Sale of the Property set

2  for May 1, 2008.

3

4                          THIRD CAUSE OF ACTION

5                    (Fraudulent Business Practice Against All Defendants)

6  32.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 54 as though fully set

7  forth herein.

8  33.     A business practice is fraudulent within the meaning of §17200 if members of the public are

9  likely to be deceived.

10  34.    Actual deception is not required. All that is required is proof that members of the public are

11  likely to be deceived.

12  35.    Thorgusen suffered direct harm due to the omissions of Defendant Argent and the broker.

13  36.    As a result of Argent's Fraudulent Business Practice, Thorgusen was placed in a loan which was

14  more detrimental to her than her existing loan at the time and resulted in the Property going into

15  foreclosure. Plaintiff is entitled equitable orders by the court including, which can include restitution,

16  modification and reformation of the Thorgusen Loan. Plaintiff is also entitled to an injunction against

17  ACC Capital, Argent, Deustsche Bank, Citi and CR Title and its agents to enjoin the Trustee's Sale of

18  the Property set for May 1, 2008.

19                          FOURTH CAUSE OF ACTION

20                    (Declaratory Relief Against All Defendants)

21  37.    An actual controversy exists between Plaintiff and Defendants as to the rights and benefits of the

22  the Thorgusen Loan and the requirements and remedies of 15 USC §1601 et seq. and 12 CFR §§226.1

23  et seq.

24  38     Plaintiff requests a declaration that Plaintiff is entitled to a modification, reformation or other

25  equitable relief to conform to the purpose and requirements of 15 USC §1601 et seq. and 12 CFR

26  §§226.1 et seq.

27  39.    Such a determination is appropriate and necessary in that Plaintiff has no adequate or speedy

28  remedy at law and the requested judicial declaration will avoid a multiplicity of suits.

6

**COMPLAINT**

1 | WHEREFORE,  Plaintiff prays against Defendants:

2 | 1.      For restitution, modification, reformation or other equitable orders and relief as to the Thorgusen

3 | Loan, according to proof at trial;

4 | 2.      For pre-judgment interest as allowed by law;

5 | 3.      For injunctive relief;

6 | 4.      For reasonable attorney's fees and costs, herein as required by Civil Code 1717 and 15 USC

7 | §1601 et seq.;

8 | 5.      For such other and further relief as the court may deem proper.

9 |

10 | Dated: April 30, 2008

11 |                                          /s/

12 |                               Mark A. Shoemaker, Esq.
                                Attorney for ADVOCATE FOR FAIR LENDING, LLC,

13 |                               Attorney In Fact for Tazuko Thorgusen

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**COMPLAINT**

## LIMITED POWER OF ATTORNEY

I, _KAZUKO THORGUSEN_ ("Principal") with address of _10448 STANFIELD CT. SAN DIEGO CA 9126_ ("Property") appoint ADVOCATE FOR FAIR LENDING, LLC as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following matters:

1.     With respect to the mortgage loan transaction by _CITI RESIDENTIAL LENDING_ under original loan number _008265350_ ("Loan") and as currently held by any assignee, if any, empowers the agent to do all of the following:

(a)     Make demands for complete documents, information and any record or communication that would be a document within the meaning of Section 2031.010 et seq. of the California Code of Civil Procedure and writing within the meaning of California Evidence Code Section 250 and shall include, without limitation, to all printed, written or graphic matter, however produced or reproduced, of every kind and description, including material or information stored in intangible form, such as in computers and computer disks and CD-ROM, including, without limitation, correspondence, memoranda, electronic mail, reports, contracts, drafts, plans, specifications, photographs, notes or recordings of events, documents memorializing telephone conversations or meetings, appointment books or diaries showing dates of events, agreements, invoices, charge slips, receipts, books of account, vouchers, bank checks, working papers and all papers similar to the foregoing, however denominated, and every other tangible thing upon which any handwriting, typing, printing, drawing, representation, photostatic or other copy or magnetic or electrical impulses are recorded. The term document includes both the original of a document and each copy that contains any additional writing, notation or interlineation, or is in any respect not an identical copy of the original.

(b)     Assert and prosecute before a court or administrative agency a claim, claim for relief, cause of action, counterclaim, cross-complaint, or offset, and defend against an individual, a legal entity, or government, including suits to recover property or other thing of value, to recover damages sustained by the principal, to eliminate or modify tax liability, or to seek an injunction, specific performance, or other relief.

(c)     Bring an action to determine adverse claims, intervene in litigation, and act as amicus curiae.

(d)     In connection with litigation:

(1)     Procure an attachment, garnishment, libel, order of arrest, or other preliminary, provisional, or intermediate relief and use any available procedure to effect, enforce, or satisfy a judgment, order, or decree.

---

Page 1 of 3

PRINCIPAL

Copyright © 2008 Advocate for Fair Lending, LLC 2008/2008(jose)

(2)    Perform any lawful act, including acceptance of tender, offer of judgment, admission of facts, submission of a controversy on an agreed statement of facts, consent to examination before trial, and binding the principal in litigation.

(e)    Submit to arbitration, settle, and propose or accept a compromise with respect to a claim or litigation.

(f)    Waive the issuance and service of process upon the principal, accept service of process, appear for the principal, designate persons upon whom process directed to the principal may be served, execute and file or deliver stipulations on the principal's behalf, verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive and execute and file or deliver a consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement, or other instrument in connection with the prosecution, settlement, or defense of a claim or litigation.

(g)    Pay a judgment against the principal or a settlement made in connection with litigation and receive and conserve money or other thing of value paid in settlement of or as proceeds of a claim or litigation.

2.    With respect to the Property, this limited power of attorney empowers the agent, for that subject, to do all of the following:

(a)    Demand, receive, and obtain by litigation or otherwise, money or other thing of value to which the principal is, may become, or claims to be entitled, and conserve, invest, disburse, or use anything so received for the purposes intended.

(b)    Contract in any manner with any person, on terms agreeable to the agent, to accomplish a purpose of a transaction, and perform, rescind, reform, release, or modify the contract or another contract made by or on behalf of the principal.

(c)    Execute, acknowledge, seal, and deliver a deed, revocation, mortgage, lease, notice, check, release, or other instrument the agent considers desirable to accomplish a purpose of a transaction.

(d)    Prosecute, defend, submit to arbitration, settle, and propose or accept a compromise with respect to, a claim existing in favor of or against the principal or intervene in litigation relating to the claim.

(e)    Seek on the principal's behalf the assistance of a court to carry out an act authorized by the power of attorney.

(f)    Engage, compensate, and discharge an attorney, accountant, expert witness, or other assistant as agent deems necessary to carry out the purpose of a transaction.

---

Page 2 of 3

PRINCIPAL _____

Copyright © 2008 Advocates for Fair Lending, LLC 20080206(pou)

**(g)** Keep appropriate records of each transaction, including an accounting of receipts and disbursements.

**(h)** Prepare, execute, and file a record, report, or other document the agent considers desirable to safeguard or promote the principal's interest under a statute or governmental regulation.

**(i)** Reimburse the agent for expenditures properly made by the agent in exercising the powers granted by the power of attorney.

**(j)** In general, do any other lawful act with respect to the subject.

_____
Borrower

_____
Co Borrower

**ACKNOWLEDGEMENT**

State of California              }
                                }ss.
County of Los Angeles           }

On _____, 2008, before me _____, Notary Public, personally appeared _____, personally known to me to the be the person whose name is subscribed to the within instrument an acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the entity upon behalf of which the person acted, executed the instrument.

                            WITNESS my hand and official seal.

                    *See attached Jurat /*
                    *Acknowledgement*

                    _____

PRINCIPAL

Copyright © 2008 Advocate for Fair Lending, LLC 2003/2008(goat)

State of California                    )          **CALIFORNIA ALL-PURPOSE**
County of San Diego                    )          **CERTIFICATE OF ACKNOWLEDGMENT**

On 3/31/08                before me, _Michael S Hansen, Notary Public_ ,
                                      <span>(here insert name and title of the officer)</span>

personally appeared _Tazuko Thorgusen_ _____

_____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


Signature _Michael S Hansen_

MICHAEL S. HANSEN
COMM. #1585608
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires June 7, 2009

(Seal)

───────────── OPTIONAL INFORMATION ─────────────

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document
titled/for the purpose of _Limited PofA_ _____

_____ containing _3_ pages, and dated _3/31/08_

The signer(s) capacity or authority is/are as:
- ☒ Individual(s)
- ☐ Attorney-in-Fact
- ☐ Corporate Officer(s) _____
                                   Title(s)

- ☐ Guardian/Conservator
- ☐ Partner - Limited/General
- ☐ Trustee(s)
- ☐ Other: _____

representing: _Herself_ _____
             Name(s) of Person(s) or Entity(ies) Signer is Representing

Method of Signer Identification
Proved to me on the basis of satisfactory evidence:
└ ○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page #_____   Entry #_____

Notary contact:_____
Other
☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)
☐ _____

© Copyright 2007 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK03 10/07   To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

**Borrower** _____ **Co-Borrower** _____

| Mortgage Applied for: | VA | Conventional | Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|
| | FHA | USDA/Rural Housing Service | | | |

| Amount | Interest Rate | No. of Months | Amortization Type: | Fixed Rate | Other (explain): |
|---|---|---|---|---|---|
| $296,450.00 | 8.050 % | 360 | | GPM | ARM (type): |

| Subject Property Address (street, city, state, & ZIP) | County | No. of Units |
|---|---|---|
| 10449 STEINFIELD CIRCLE, SAN DIEGO, CA 92126 | SAN DIEGO | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| | 1972 |

| Purpose of Loan | X Purchase | Construction | Other (explain): | Property will be: X Primary Residence | Secondary Residence | Investment |
|---|---|---|---|---|---|---|
| | Refinance | Construction-Permanent | | | | |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | made | to be made |
|---|---|---|---|---|---|---|
| 1997 | $218,000.00 | $ 200,000.00 | Re-Cash Out | Cost: $ 0.00 | | |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| FRUND STORQUENN, An Unmarried Woman | | X Fee Simple |
| | | Leasehold (show expiration date) |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|
| |

| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
|---|---|
| FRUND STORQUENN | |

| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| | | | 16 | | | | |

| Married | Unmarried (single, divorced, widowed) | Dependents (not listed by Co-Borrower) | Married | Unmarried (single, divorced, widowed) | Dependents (not listed by Borrower) |
|---|---|---|---|---|---|
| Separated | | no. | Separated | | |

| Present Address (street, city, state, ZIP) X Own Rent No. Yrs. | Present Address (street, city, state, ZIP) Own Rent No. Yrs. |
|---|---|
| 10449 STEINFIELD CIRCLE | |
| SAN DIEGO, CA 92126 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|
| | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) Own Rent No. Yrs. | Former Address (street, city, state, ZIP) Own Rent No. Yrs. |
|---|---|
| | |

| Name & Address of Employer X Self Employed | Yrs. on this job | Name & Address of Employer Self Employed | Yrs. on this job |
|---|---|---|---|
| V.S. CARTERS INSURANCE | | | |
| 10449 STEINFIELD CIRCLE | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |
| SAN DIEGO, CA 92126 | | | |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| INDEPENDENT Agency | (958)549-7355 | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer Self Employed | Dates (from – to) | Name & Address of Employer Self Employed | Dates (from – to) |
|---|---|---|---|
| KINGS ROAD FINANCIAL SERVICES | 04/14/2005 – | | |
| 8405 MOOREHOUSE #230 | 08/01/2008 | | |
| SAN DIEGO, CA 92121 | Monthly Income | | Monthly Income |
| | $ 5.00 | | |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| INDEPENDENT Agency | (858)452-4730 | | |

| Name & Address of Employer X Self Employed | Dates (from – to) | Name & Address of Employer Self Employed | Dates (from – to) |
|---|---|---|---|
| NATIONAL ASSOCIATION FOR THE SELF | 02/70/2002 – | | |
| 2121 PRECINCT LANE ROAD | 06/01/2004 | | |
| BURST, NE 76084 | Monthly Income | | Monthly Income |
| | $ 0.00 | | |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| INDEPENDENT AGENT/INSURANCE | (800)232-6273 | | |

0062626250

Uniform Residential Loan Application

Freddie Mac Form 65    7/05 (rev. 6/09)    Page 1 of 4    Fannie Mae Form 1003    7/05 (rev. 6/09)



## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|---|
| Base Empl. Income * | | | 0.00 | Rent | 0.00 | |
| Overtime | 4,975.00 | | 4,975.00 | First Mortgage (P&I) | 1,041.87 | 1,897.34 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 48.00 | 147.30 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 144.41 | 87.83 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | Other: | 0.00 | 0.00 |
| Total | 4,975.00 | | 4,975.00 | Total | 1,230.28 | 2,232.47 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| B/C | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: | 0.00 | LIABILITIES | | |
| | | Name and address of Company | $ Payment/Months | $ |
| List checking and savings accounts below | | 3880 W | 18.00 | 500.00 |
| Name and address of Bank, S&L, or Credit Union | | | 34 | |
| | | Acct. no. 100006241134 | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | UNKNOWN (original) | [18.00] | [410.00] |
| | | | 28 | |
| | | Acct. no. 1004078 | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | CHNO | [1,041.87] | [206,220.00] |
| | | | 199 | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | PROPERTY TAXES | *0.00 | *0.00 |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no. | | |
| Life insurance net cash value | 0.00 | Name and address of Company | $ Payment/Months | $ |
| Face amount: $0.00 | | | | |
| Subtotal Liquid Assets | 0.00 | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | 425,000.00 | | | |
| Vested interest in retirement fund | 0.00 | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | 0.00 | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| Other Assets (itemize) | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ 0.00 | |
| | | Total Deductions | | |
| | | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 18.00 | |
| Total Assets a. | $ 425,000.00 | Net Worth (a minus b) ▶ $ 424,500.00 | Total Liabilities b. | $ 500.00 |

0022595350



Page 2 of 4

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgage & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 10469 STANFIELD CIRCLE SAN DIEGO, CA 92126 | R  SFR | $ 425000 | $ 206250 | $ 0 | $ 1042 | $ 1 | 0 |
| Totals | | $ 425000 | $ 206250 | $ 0 | $ 1042 | $ 1 | 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s)

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

**VII. DETAILS OF TRANSACTION**

| | |
|---|---|
| a. Purchase price | $ 0.00 |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | 0.00 |
| e. Estimated prepaid items | 600.30 |
| f. Estimated closing costs | 8,755.50 |
| g. PMI, MIP, Funding Fee | 0.00 |
| h. Discount (if Borrower will pay) | 0.00 |
| i. Total costs (add items a through h) | 9,355.80 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | 8,973.50 |
| l. Other Credits (explain) | |
| | 9.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 295,250.00 |
| n. PMI, MIP, Funding Fee financed | 0.00 |
| o. Loan amount (add m & n) | 295,250.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -286,856.70 |

**VIII. DECLARATIONS**

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | X | X |
| b. Have you been declared bankrupt within the past 7 years? | X | X |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | X | X |
| d. Are you a party to a lawsuit? | X | X |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | X | X |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | X | X |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | X | X |
| h. Is any part of the down payment borrowed? | X | X |
| i. Are you a co-maker or endorser on a note? | X | X |
| j. Are you a U.S. citizen? | X | X |
| k. Are you a permanent resident alien? | X | X |
| l. Do you intend to occupy the property as your primary residence? | X | X |
| m. Have you had an ownership interest in a property in the last three years? | X | X |

**IX. ACKNOWLEDGEMENT AND AGREEMENT**

Each of the undersigned specifically represents to Lender...

| Borrower's Signature | Date |
|---|---|
| X | 1-20-06 |

| Co-Borrower's Signature | Date |
|---|---|
| X | |

**X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES**

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Ethnicity: | Hispanic or Latino  X Not Hispanic or Latino | Ethnicity: | Hispanic or Latino  Not Hispanic or Latino |
| Race: | American Indian or Alaska Native   X Asian  Black or African American  Native Hawaiian or Other Pacific Islander  White | Race: | |
| Sex: | X Female  Male | Sex: | Female  Male |

To be Completed by Interviewer: This application was taken by:
- Face-to-face Interview
- Mail
- X Telephone
- Internet

| Interviewer's Name (print or type) | William Mejil Jr |
| Interviewer's Signature / Date | |
| Interviewer's Phone Number (incl. area code) | (866) 674-1560 |

Name and Address of Interviewer's Employer:
The Mortgage Works
16766 Bernardo Center Dr Ste 208
San Diego, CA 92128

0092696350

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/0

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: TSORGUSEN, TAEUKO | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |



Under California Civil Code 1812.30(j) "Credit applications for the obtainment of money, goods, labor, or services shall clearly specify that the applicant, if married, may apply for a separate account."

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X *Nageh* | 1-20-06 | X | |

0092698398

Page 4 of 4

Freddie Mac Form 65 7/08
Fannie Mae Form 1003 7/0

**GOOD FAITH ESTIMATE**

Loan Number  0092696350 - 9506
Lender:  Argent Mortgage Company, LLC

Sales Price:  0.00
Base Loan Amount:  276,250.00
Total Loan:  276,250.00
Type of Loan:  ADJUSTABLE RATE
Date Prepared: December 29, 2005
Rate:  6.050 %  Term:  360 Months
Broker:  The Mortgage Works

Address: One City Boulevard West
Orange, CA 92868
Applicant(s):  TAZUKO THORGUSEN

Property Address: 10449 STANFIELD CIRCLE
SAN DIEGO, CA 92126

16780 Bernardo Center Dr Ste 206, San Diego, CA 92128

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A Settlement Statement that you will be receiving at settlement. The HUD-1 or HUD-1A Settlement Statement will show you the actual cost for items paid at settlement. The loan terms and fees may change based on the information gathered during the underwriting and loan approval process or as a result of negotiations between you and the Lender.

* "L" = Costs to be paid outside of closing by Lender.    "S" = Costs to be paid by Seller    * Paid Outside of Closing

| 800 ITEMS PAYABLE IN CONNECTION WITH LOAN | |
|---|---|
| 801 Loan Origination Fee ( %) | |
| 802 Loan Discount Fee* ( %)  0 - 3% Range | |
| 803 Appraisal/Property Valuation | $375.00 |
| 804 Credit Report | L $11.00 |
| 805 Lender's Inspection Fee | |
| 806 Mortgage Insurance Application Fee | |
| 807 Assumption Fee | |
| 808 YSP to Broker  0 - 3% Range | *L 2,762.50 |
| 809 | |
| 810 Tax Related Service Fee | $70.00 |
| 811 Flood Search Fee | $9.00 |
| 812 Lender's Processing Fee | |
| 813 | |
| 814 Doc Prep Fee to | |
| 815 Origination Fee to broker (1.000 %) | $2,762.50 |
| 817 Application Fee | |
| 818 Underwriting Fee to Broker | |
| 819 Service Provider Fee to | |
| 820 Processing Fee to Broker | $680.00 |
| 821 Underwriting Fee to Lender | $795.00 |
| 822 Prepaid Origination Interest 0 - 1.5% | |

| 900 ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | |
|---|---|
| 901 Interest for 10 days @ $60.02 per day | $600.20 |
| 902 Mortgage Ins Premium | |
| 903 Hazard Ins. Premium | |
| 904 Flood Ins. Premium | |

| 1000 RESERVES DEPOSITED WITH LENDER | |
|---|---|
| 1001 Haz Ins Prem | months @ $ |
| 1002 Mortgage Ins | months @ $ |
| 1003 Earthquake Ins | months @ $ |
| 1004 City Prop Taxes | months @ $ |
| 1005 Annual Assmts | months @ $ |
| 1006 Flood Ins | months @ $ |
| 1007 Windstorm Ins | months @ $ |
| 1008 | |

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE | |
|---|---|
| Down payment | |
| Est. Closing Costs | $5,766.50 |
| Est. Prepaid Items/Reserves | $600.30 |
| OTHER  POC Borrower | $0.00 |
| TOTAL EST. FUNDS NEEDED TO CLOSE | $6,136.80 |
| TOTAL FEES PAID BY LENDER | $2,773.50 |

| 1100 TITLE CHARGES | |
|---|---|
| 1101 Settlement or Closing Fee to | |
| 1102 Abstract or Title Search to | |
| 1103 Title Examination | |
| 1104 Title Insurance Binder | |
| 1105 Document Preparation Fee | |
| 1106 Notary Fees | |
| 1107 Attorney Fees | |
| 1108 Title Insurance $0.00 to 0.00 | |
| 1109 | |
| 1110 | |
| 1111 Settlement/Disbursement Fee | |
| 1112 Escrow Fee | |

| 1200 GOVERNMENT RECORDING & TRANSFER CHARGES | |
|---|---|
| 1201 Recording Fees | $70.00 |
| 1202 City/County Tax/Stamps | |
| 1203 | |
| 1204 | |
| 1205 | |

| 1300 ADDITIONAL SETTLEMENT CHARGES | |
|---|---|
| 1301 Demand | |
| 1302 Pest Inspection | |
| 1303 Survey | |
| 1304 Misc Fees | |
| 1305 Reconveyance Fee | |
| 1306 | |
| 1307 Appraisal/Valuation | |
| 1308 Courier Fee | |
| TOTAL ESTIMATED SETTLEMENT CHARGES | |
| TOTAL SETTLEMENT CHARGES PAID BY LENDER | $2,773.50 |

| TOTAL ESTIMATED MONTHLY PAYMENT | |
|---|---|
| Principal & Interest | |
| Real Estate Taxes | |
| Flood & Hazard Insurance | |
| Mortgage Insurance | |
| TOTAL MONTHLY PAYMENT | |

THIS SECTION TO BE COMPLETED BY LENDER ONLY IF A PARTICULAR PROVIDER OF SERVICE IS REQUIRED. Use of the particular provider is required and the estimate is based on charges of the provider. If a particular provider is not mentioned, a provider will be required from a lender approved list.

| ITEM  NAME OF PROVIDER | ADDRESS OF PROVIDER | TELEPHONE  NATURE OF RELATIONSHIP |
|---|---|---|
| 803  Appraisal/ Repeated Use | | Unaffiliated/Repeated Use |
| 804  Credit Report/ Repeated Use | | Unaffiliated/Repeated Use |
| 810  Fidelity National Tax Service | 485 N. Rosemead Blvd., Pasadena, CA 91107 | 800-969-4724  Unaffiliated/Repeated Use 100%/Tax |
| 819  First American Flood Data Service | 11902 Burnet Rd, Ste 200, Austin, TX 76758 | 800-447-1772  Unaffiliated/Repeated Use 100%/Flood |
| 1101  Closing Agent/ Repeated Use | | Unaffiliated/Repeated Use |
| 1108  Title Company Repeated Use | | Unaffiliated/Repeated Use |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the Lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs", and the Consumer Handbook on ARM Mortgages, if applicable.

| Applicant  TAZUKO THORGUSEN | Date | Applicant | Date |
|---|---|---|---|
| Applicant | Date | Applicant | Date |

GFE Rev. 02 (1902)

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868
(888)311-4721

[X] Preliminary    [ ] Final

Broker: The Mortgage Works
16766 Bernardo Center Dr Ste 206,
San Diego, CA 92128

Borrowers: TAZUKO THORGUSEN

Address: 10449 STANFIELD CIRCLE
City/State/Zip: SAN DIEGO, CA 92128

Type of Loan: ADJUSTABLE RATE
Date: December 29, 2005
Loan Number: 0092698350 - 9506

Property: 10449 STANFIELD CIRCLE, SAN DIEGO, CA 92128

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 10.337% | $ 658,988.56 (e) | $ 270,955.20 (e) | $ 929,923.76 (e) |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | (e) $1,853.18 | 02/01/2006 | | | |
| 6 | (e) $2,313.60 | 02/01/2008 | | | |
| 30 | (e) $2,474.74 | 08/01/2008 | | | |
| 289 | (e) $2,657.79 | 02/01/2011 | | | |
| 1 | (e) $2,644.43 | 01/01/2036 | | | |

VARIABLE RATE FEATURE:

[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 10449 STANFIELD CIRCLE, SAN DIEGO, CA 92128

ASSUMPTION: Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC.

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
[X] may   [ ] will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

(e) = estimate

We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower TAZUKO THORGUSEN _____ Date _____

Borrower _____ Date _____

Borrower _____ Date _____

Borrower _____ Date _____

TXI (12/2005) Rev.53

12/29/2005 10:19:27 AM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868
(886)311-4721

☐ Preliminary    ☒ Final

Broker: The Mortgage Works
16766 Bernardo Center Dr Ste 208,
San Diego, CA 92128

Borrowers: TAZUKO THORGUSEN

Type of Loan: ADJUSTABLE RATE
Date: January 19, 2006
Loan Number: 0092668360 - 9506

Address: 10449 STANFIELD CIRCLE
City/State/Zip: SAN DIEGO,CA 92128

Property: 10449 STANFIELD CIRCLE, SAN DIEGO, CA 92128

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.344% | $ 706,698.39 | $ 290,661.46 | $ 997,269.83 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,987.36 | 03/01/2006 | | | |
| 6 | $2,461.10 | 03/01/2008 | | | |
| 30 | $2,653.91 | 09/01/2008 | | | |
| 299 | $2,860.20 | 03/01/2011 | | | |
| 1 | $2,849.73 | 02/01/2036 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 10449 STANFIELD CIRCLE, SAN DIEGO, CA 92128

ASSUMPTION: Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

LATE CHARGES: If a payment is late, you will be charged 6.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☒ may    ☐ will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Tazuko T_    1-20-06
Borrower TAZUKO THORGUSEN    Date    Borrower    Date

Borrower    Date    Borrower    Date

TIL1 (12/2002) Rev.03

01/19/2006 4:31:26 PM

A.

| | B. TYPE OF LOAN |
|---|---|
| | OMB No. 8500-0288    Page 1 |

**CHICAGO TITLE COMPANY**

CLOSER: Rebecca Seals
DATE OF PRINTING: 01/27/06
TIME OF PRINTING: 10:24

**SETTLEMENT STATEMENT**
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B. TYPE OF LOAN | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |
| 6. File Number | 7. Loan Number | P11 |
| 58046208 | 080046208-001 27N 628 |
| 7. Loan Number  0052686350 | |
| 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown here. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: Yasuko Thorgusen
   ADDRESS: 10449 Stanfield Circle
            San Diego              CALIFORNIA        92126

E. NAME OF SELLER:
   ADDRESS:

F. NAME OF LENDER: Argent Mortgage Company LLC
   ADDRESS: One City Boulevard West
            Orange                CALIFORNIA        92868

G. PROPERTY LOCATION: 10449 Stanfield Circle
                      San Diego             CALIFORNIA        92126

H. SETTLEMENT AGENT: CHICAGO TITLE COMPANY
   ADDRESS: 16461 BERNARDO CENTER DRIVE
            SAN DIEGO             CALIFORNIA        92128
PLACE OF SETTLEMENT:
   ADDRESS: 16461 BERNARDO CENTER DRIVE
            SAN DIEGO             CALIFORNIA        92128

I. SETTLEMENT DATE: January 26, 2006

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 9,531.87 | 403. | |
| 104. Gross borrower | 226,706.34 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes           to | | 406. City/town taxes           to | |
| 107. County taxes              to | | 407. County taxes              to | |
| 108. Assessments               to | | 408. Assessments               to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMT DUE FROM BORROWER** | 236,238.21 | **420. GROSS AMT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess deposit(see instructions) | |
| 202. Principal amount of new loan(s) | 226,250.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes             to | | 511. County taxes             to | |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 226,250.00 | **520. TOT REDUCTIONS AMT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amt due from borrower      (line 120) | 236,238.21 | 601. Gross amt due to seller          (line 420) | |
| 302. Less amts paid by/for borrower (line 220) | 226,250.00) | 602. Less reductions in amt due seller (line 520) | ( 0.00) |
| 303. CASH (☐ FROM) (☒ TO) BORROWER | 60,311.79 | 603. CASH (☐ TO) (☒ FROM) SELLER | 0.00 |

I certify this settlement statement is a full, true and correct copy of the original.
CHICAGO TITLE COMPANY
ESCROW DIVISION
By_____

N27

HUD-1 (3/86) RESPA, HB 4305.2

| F-3257-01 4/80 | | Page 2 | | OMB No. 2502-0265 |
|---|---|---|---|---|
| OBN/ABS# 58045208 P11 | | | TIME OF PRINTING: 10:24 | |
| BRC# 58045208 27R 822 | **L. SETTLEMENT CHARGES** | | DATE OF PRINTING: 01/27/06 | |

|  |  | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price | | | |
| @ % = | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. \$ to | | | |
| 702. \$ to | | | |
| 703. Commission paid at settlement | | | |
| (Money retained by broker applied to commission \$ ) | | | |
| 704. Other sales agent charges: | | | |
| 705. Additional commission | \$ to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % The Mortgage Works | | 2,962.80 | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee to o Walker Scott | | 375.00 | |
| 804. Credit Report to The Mortgage Works | | 12.00 | |
| 805. Lender's Inspection Fee to | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. Assumption Fee to | | | |
| 808. Underwriting Fee to Argent Mortgage Company LLC | | 799.00 | |
| 809. Processing Fee to the Mortgage Works | | 635.33 | |
| 810. Tax Related Service Fee to Fidelity National Tax Service | | 70.00 | |
| 811. Flood Search Fee to Flood American Flood Data Service | | 9.00 | |
| 812. Life MIP Adjustments to The Mortgage Works 32113.32900 | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from 01/24/06 to 02/01/06 @\$ /day for  days | | 392.04 | |
| 902. Mortgage Insurance Premium for  months to | | | |
| 903. Hazard Insurance Premium for  years to State Farm | | 889.00 | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance  month @\$ per month | | | |
| 1002. Mortgage insurance  month @\$ per month | | | |
| 1003. City property taxes  month @\$ per month | | | |
| 1004. County property taxes  month @\$ per month | | | |
| 1005. Annual assessments  month @\$ per month | | | |
| 1006.  month @\$ per month | | | |
| 1007.  month @\$ per month | | | |
| 1008. Aggregate Accounting Adjustment | | 0.00 | 0.00 |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to Chicago Title Insurance Co. | | 425.00 | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to Robin L. Schmedel | | 96.00 | |
| 1107. Attorney's fee to | | | |
| 1108. Title insurance to Chicago Title Insurance Co. | | 645.00 | |
| (includes above items numbered: ) | | | |
| 1109. Lender's coverage \$ 294,250.00 \$ 635.00 | | | |
| 1110. Owner's coverage \$ 0.00 \$ | | | |
| 1111. Endorsement to Chicago Title Insurance Co. 8.1 | | 25.00 | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording fees: Deed \$ 83.00 ; Mortgage \$ 51.00 ; Release \$ | | 83.00 | |
| 1202. City/county tax/stamps   Deed \$ ; Mortgage \$ | | | |
| 1203. State tax/stamps   Deed \$ ; Mortgage \$ | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey  to | | | |
| 1302. Pest inspection  to | | | |
| 1303. 1st half taxes with penalty | | 972.19 | |
| 1304. 2nd half taxes | | 883.51 | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1400. TOTAL SETTLEMENT CHARGES   (enter on lines 103, Section J and  , Section K) | | 9,233.87 | |

5727

HUD-1 (3/86) RESPA, HB 4305.2

OMB No. 2502-0265                    Page  8

| ORDER/AB6Q | B8045208 | P11 | | SUPPLEMENTAL PAGE | TIME OF PRINTING: 10:24 |
| HBCQ | C58045208 | 27N | 813 | | DATE OF PRINTING: 01/27/06 |

GMAC Mortgage

| 104.001 | PRINCIPAL | | CHARGE AMOUNT |
| | PRINCIPAL | 220,000.00 | |
| | MORTGAGE CHARGES/FEES | 6,706.34 | |
| | TOTAL PAYOFF TO GMAC Mortgage | | 226,706.34 |
| TOTAL GMAC Mortgage (LINE 104) | | $ | 226,706.34 |

N37

HUD-1 (3/86) RESPA, HB 4305.2

1  Mark A. Shoemaker, Esq. [sbn 134828]
   3750 E. Anaheim St., Ste. 201
2  Long Beach, CA 90804
   Tel (562) 498-9595
3  Fax (562) 494-8410

4  Attorney for Plaintiff
   ADVOCATE FOR FAIR LENDING, LLC
5  Attorney In Fact for Tazuko Thorgusen

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11 Advocate For Fair Lending, LLC, a        )   CASE NO. 2008-00082973
   California Limited Liability Company,     )
12 Attorney In Fact for Tazuko Thorgusen,   )   EX PARTE APPLICATION FOR TEMPORARY
                                            )   RESTRAINING ORDER STAYING TRUSTEE'S
13         Plaintiff,                        )   SALE AND ORDER TO SHOW CAUSE RE
                                            )   PRELIMINARY INJUNCTION; DECLARATION
14 vs.                                       )   OF EX PARTE NOTICE; MEMORANDUM OF
                                            )   POINTS AND AUTHORITIES; DECLARATION
15 ACC Capital Holdings Corporation, Argent )   OF MARK A. SHOEMAKER
   Mortgage Company, Citi Residential       )   [Concurrently Filed With Declarations of William
16 Lending, Deutsche Bank Trust, CR Title   )   Boren and Tazuko Thorgusen]
   Services, Inc., Does 1-25, Roes 1-25,    )
17 Inclusive,                               )
                                            )   Date: April 30, 2008
18         Defendants.                       )   Time: 8:30 a.m.
                                            )   Dept:  To Be Assigned at Rm 225
19

20

21        Plaintiff Advocate For Fair Lending, LLC, a California Limited Liability Company, Attorney In

22 Fact for Tazuko Thorgusen ("Plaintiff") hereby applies ex parte to this Court for a Temporary

23 Restraining Order Staying Trustee's Sale and Order to Show Cause re Preliminary Injunction to stay a

24 Trustee's Sale of real property more commonly known as 10449 Stanfield Circle, San Diego, California

25 92126, scheduled for May 1, 2008 at 10:00 a.m. at the south entrance to the County Courthouse, 220

26 West Broadway, San Diego, California.

27        This application is based upon the attached declaration of Ex Parte Notice, Memorandum of

28 Points and Authorities, Decl. of Mark A. Shoemaker and the concurrently filed declarations of William

                                            1

1    Boren and Tazuko Thorgusen  and the Order to Show Cause re Preliminary Injunction and such further

2    matters as the court may allow at the time of hearing.

3    Dated: April 30, 2008

4    _____

5    Mark A. Shoemaker, Esq.
     Attorney for ADVOCATE FOR FAIR LENDING, LLC,
6    Attorney In Fact for Tazuko Thorgusen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## DECLARATION OF EX PARTE NOTICE

I, MARK A. SHOEMAKER, DECLARE:

1.      I am the attorney of record for the Plaintiff herein. I have personal knowledge of the following facts and if called and sworn as a witness, I could and would testify to the truthfulness thereof, except to those matters, which may be stated upon my information and belief, and as to those matters, I believe them to be true.

2.      On April 29, 2008, prior to 8:30 a.m. I sent by facsimile Ex Parte Notice to Citi Residential Lending, ACC Capital Holdings Corporation and Deutsche Bank Trust that at 8:30 a.m. on April 30, 2008, in Clerk's Office located in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego, California, Advocate For Fair Lending, LLC on behalf of Tazuko Thorgusen will apply for a temporary restraining order and permanent injunction against ACC Capital Holdings Corporation, Citi Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay the pending foreclosure set for May 1, 2008. Attached as Exhibits 1-3 are true and correct copies of the notices and corresponding facsimile verification.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of April 2008 at Long Beach, California.

_____

MARK A. SHOEMAKER, declarant

Ex Parte Application for Temporary Restraining Order Staying Trustee's Sale and OSC Re Preliminary Injunction

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    Factual Background**

Plaintiff is the attorney in fact for Tazuko Thorgusen ("Thorgusen") [Thorgusen Decl. ¶3, Exh 1.]

On January 20, 2006, Thorgusen became indebted in the amount of $296,250 in a loan, which violated 15 USC §1601 et seq., 12 CFR §226.1 et seq. and Business and Professions Code §17200 et seq. [Thorgusen Decl. ¶¶4-9.] As a result of the statutory violations and omissions by the mortgage broker, Thorgusen is in jeopardy of losing her residence of over 15 years.

On April 3, 2008, Plaintiff sent a letter to the loan servicer Citi Residential Lending, Inc. ("Citi") to request a complete copy of the loan file and to initiate negotiations. A true and correct copy is attached as Exhibit 4.

On April 9, 2008, Citi responded. A true and correct copy is attached as Exhibit 5.

On April 18, 2008, due to the now pending foreclosure, Plaintiff reiterated the demand for a complete copy of the file and proposed to rescind the transaction as allowed by law if Citi did not provide the requested documents. A true and correct copy is attached as Exhibit 6.

On April 21, 2008, Citi provided some copies of the original loan documents and also delineated the current beneficiary and originator of the loan. A true and correct copy is attached as Exhibit 7.

On April 28, 2008, I had extensive discussions with ACC Capital Holdings Corporation and Citi regarding a continuance of the foreclosure. A true and correct copy of Plaintiff's letter to Acc Capital Holdings Corporation is attached as Exhibit 8.

Defendants refuse to provide all of the underlying loan documentation and refuse to continue the Foreclosure. Attached as Exhibits 9 and 10 is a true and correct copy of Notice of Trustee's Sale and Substitution of Trustee.

Foreclosure is scheduled for May 1, 2008 at 10:00 a.m.

This court must determine if Throgusen is entitled to injunctive relief to stop a pending foreclosure due to violations of federal laws regulating certain disclosures and obligations regarding consumer mortgage loans.

4

1    Plaintiff respectfully requests that the Court issue a temporary restraining order and an order to

2  show cause re preliminary injunction should not issue enjoining the defendants and their agents from a

3  Trustee's Sale of 10449 Stanfield Circle, San Diego, California 92126 ("Property"), scheduled for May

4  1, 2008 at 10:00 a.m. at the south entrance to the County Courthouse, 220 West Broadway, San Diego,

5  California as requested.

6

7  **II.    Plaintiff should be granted injunctive relief against Defendant**

8    *Code of Civil Procedure* § 526 provides in pertinent part:

9    "(a) An injunction may be granted in the following cases:

10    (1) When it appears by the complaint that the plaintiff is entitled to the relief demanded,

11    and the relief, or any part thereof, consists in restraining the commission or continuance

12    of the act complained of, either for a limited period or perpetually.

13    (2) When it appears by the complaint or affidavits that the commission or continuance of

14    some act during the litigation would produce waste, or great or irreparable injury, to a

15    party to the action.

16    (3) When it appears, during the litigation, that a party to the action is doing, or threatens,

17    or is about to do, or is procuring or suffering to be done, some act in violation of the

18    rights of another party to the action respecting the subject of the action, and tending to

19    render the judgment ineffectual.

20    (4) When pecuniary compensation would not afford adequate relief.

21    (5) Where it would be extremely difficult to ascertain the amount of compensation, which

22    would afford adequate relief.

23    (6) Where the restraint is necessary to prevent a multiplicity of judicial proceedings.

24    (7) Where the obligation arises from a trust."

25

26  **A.    *Basis for injunctive relief under Business and Professions Code §§17203 and 17204***

27    Plaintiff's complaint sets forth causes of action under *Business and Professions Code* §17200 et

28  seq. A conformed copy has been lodged with the Court with this application.

5

1      Injunctive relief is one of the principal remedies available for violations of §17200. See Stern,

2    *Bus. & Prof. C. §17200 Practice* (TRG), Ch. 8-A, §8:22. The Legislature intended to permit courts to

3    enjoin ongoing wrongful business conduct in whatever context such activity might occur. *Comm. on*

4    *Children's Television, Inc. v. General Foods Corp.* (1983) 35 Cal.3d 197, 210. The Court's power to

5    enjoin conduct violative of §17200 is broad. "It would be impossible to draft in advance detailed plans

6    and specifications of all acts and conduct to be prohibited, since unfair or fraudulent business practices

7    may run the gamut of human ingenuity and chicanery." *Motors, Inc. v. Times Mirror Co.* (1980) 102

8    Cal.App.3d 735, 740 (quoting Peo. ex rel. Mosk v. National Research Co. of California (1962) 201

9    Cal.App.2d 765, 772.)

10    The courts have given a liberal reading to the remedial provisions of §§ 17200 and 17500,

11    consistent with the "cleansing power" purposes of the statute. This "detergent theory" of §§ 17200 and

12    17500 has been recognized by the California Supreme Court: "The general equitable principles

13    underlying § 17535 (and presumably also § 17203) as well as its express language arm the trial court

14    with the cleansing power to order restitution to effect complete justice." *Fletcher v. Security Pac. Nat'l*

15    *Bank* (1979) 23 Cal.3d 442, 449; accord, *Cortez v. Purolator Air Filtration Prods. Co.* (2000) 23 Cal.4th

16    163, 179, —discussing courts' broad powers to fashion relief.

17    As the court of appeal wrote in *People ex rel. Mosk v. National Research Co. of Calif.* (1962)

18    201 Cal.App.2d 765, 772,: "[I]t would be impossible to draft in advance detailed plans and

19    specifications of all acts and conduct to be prohibited, since unfair or fraudulent business practices may

20    run the gamut of human ingenuity and chicanery." Thus, "§ 17535 vests the trial court with broad

21    authority to fashion a remedy that will prevent unfair trade practices and will deter the defendant and

22    others from engaging in such practices in the future." *People v. Toomey* (1984) 157 Cal.App.3d 1, 20;

23    see also *McConnell v. Merrill, Lynch, Pierce, Fenner & Smith, Inc.* (1983) 33 Cal.3d 816, 821.

24    Courts have cited these broad powers to fashion creative awards of injunction, restitution and

25    civil penalties.

26    Plaintiff's complaint specifically set forth allegations of unlawful, unfair and fraudulent practices

27    on the part of defendant Argent. The remaining defendants take subject to the original loan and Argent

28

6

1   since they are acting as either direct assignees of the underlying loan or are acting as direct agents such

2   as Citi (servicer) and CR Title Services, Inc. ("CR Title") acting as the Trustee for the sale.

3       *Business and Professions Code* §§17203 authorizes courts to make "such orders or judgments as

4   may be necessary to prevent the use or employment by any person or any practice which constitutes

5   unfair competition, as defined in this chapter, or as may be necessary to restore to any person any money

6   or property, which may have been acquired by means of such unfair competition."

7       *Business and Professions Code* §17200 et seq. covers single acts of misconduct. *Klein v. Earth*

8   *Elements, Inc.* (1997) 59 Cal.App.4th 965, 969.

9   **B.**   **Traditional equitable grounds as a basis for injunctive relief**

10      **1.**   **Inadequate Legal Remedy:**

11          Where single family residential property is involved, the law presumes an inadequate

12   remedy. *Civil Code* §3387; *Real Estate Analytics, LLC v. Vallas* (2008) 160 Cal.App.4th 463, 473. The

13   Property in question is a single family residence [Thorgusen Decl. ¶2.]

14      **2.**   **Irreparable Harm:**

15          To obtain a preliminary injunction, a plaintiff ordinarily is required to present evidence of

16   the irreparable injury or interim harm that it will suffer if an injunction is not issued pending an

17   adjudication of the merits. [citation.]*White v. Davis* (2003) 30 Cal.App.4th 528, 554. "Past California

18   decisions further establish that, as a general matter, the question whether a preliminary injunction should

19   be granted involves two interrelated factors: (1) the likelihood that the plaintiff will prevail on the

20   merits, and (2) the relative balance of harms that is likely to result from the granting or denial of interim

21   injunctive relief." *Id.* Then, quoting *IT Corp v. County of Imperial* (1983) 35 Cal.3d 63, 69-70 with

22   significant emphasis, the California Supreme Court stated: '"**This court has traditionally held that**

23   **trial courts should evaluate two interrelated factors when deciding whether or not to issue a**

24   **preliminary injunction. The first is the likelihood that the plaintiff will prevail on the merits at**

25   **trial. The second is the interim harm that the plaintiff is likely to sustain if the injunction were**

26   **denied compared to the harm that the defendant is likely to suffer if the preliminary injunction**

27   **were issued.**" As the court in *IT Corp.* further noted: "*The ultimate goal* of any test to be used in

28   deciding whether a preliminary injunction should issue *is to minimize the harm which an erroneous*

                                              7

1 | *interim decision may cause.* [Citation.]"'

2 | The Trustee's Sale is scheduled for May 1, 2008 [Shoemaker Decl. ¶8, Exhs. 9-10.] The Property

3 | is Thorgusen's residence for over 15 years.

4 | There is direct and "imminent" harm to Plaintiff if the Trustee's Sale is not stayed due to the loss

5 | of the Property.

6 | 3. <u>Probability of Success</u>:

7 | In determining whether to grant a preliminary injunction, the court looks at the likelihood

8 | that the Plaintiff will prevail on the merits. *White v. Davis*, 30 Cal.App.4th at p. 554. Under the complaint

9 | and the declaration of William Boren, evidence has been produced that the original loan was infected

10 | and violated federal disclosure laws with the intent to put the consumer Thorgusen in a precarious

11 | financial position resulting in a foreclosure posture and conduct in violation of *Business and Professions*

12 | *Code* §17200 et seq.

13 | 4. <u>Balancing of Equities</u>:

14 | If denial of an injunction would result in great harm to the plaintiff, and the defendants

15 | would suffer little harm if it were granted, then it is an abuse of discretion to fail to grant the preliminary

16 | injunction. *Robbins v. Sup. Ct. (County of Sacramento)* (1985) 38 Cal.3d 199, 205. In this matter,

17 | plaintiff is likely to suffer greater injury from denial of the injunction than defendant is likely to suffer if

18 | it is granted. See *Shoemaker v. County of Los Angeles* (1995) 37 Cal.App.4th 618, 633. There is a

19 | reasonable probability that plaintiff will prevail on the merits. *Robbins v. Sup. Ct. (County of*

20 | *Sacramento)*, 38 Cal.3d at p. 206. The court's determination must be guided by a "mix" of the potential-

21 | merit and interim-harm factors; the greater plaintiff's showing on one, the less must be shown on the

22 | other to support any injunction. *Butt v. State of Calif.* (1992) 4 Cal.4th 668, 678; *Pleasant Hill Bayshore*

23 | *Disposal, Inc. v. Chip-It Recycling, Inc.* (2001) 91 Cal.App.4th 678, 696.

24 |

25 |

26 |

27 |

28 |

8

III.    **Conclusion**

It is respectfully submitted that, for the reasons discussed and the arguments contained in this memorandum, this Court grant this application and issue the temporary restraining order staying Trustee's Sale of 10449 Stanfield Circle, San Diego, California 92126 ("Property"), scheduled for May 1, 2008 at 10:00 a.m. at the south entrance to the County Courthouse, 220 West Broadway, San Diego, California and set a hearing for an Order to Show Cause Re Preliminary Injunction.

Dated: April 30, 2008

_____
Mark A. Shoemaker, Esq.
Attorney for ADVOCATE FOR FAIR LENDING, LLC,
Attorney In Fact for Tazuko Thorgusen

9

## DECLARATION OF MARK A. SHOEMAKER

I, MARK A. SHOEMAKER, DECLARE:

1.      I am the attorney of record for the Plaintiff herein. I have personal knowledge of the following facts and if called and sworn as a witness, I could and would testify to the truthfulness thereof, except to those matters, which may be stated upon my information and belief, and as to those matters, I believe them to be true.

2.      I am also a principal and general counsel to Advocate For Fair Lending, LLC.

3.      On April 3, 2008, on behalf of Plaintiff, I sent a letter to the loan servicer Citi Residential Lending, Inc. ("Citi") to request a complete copy of the loan file and to initiate negotiations. A true and correct copy is attached as Exhibit 4.

4.      On April 9, 2008, Citi responded. A true and correct copy is attached as Exhibit 5.

5.      On April 18, 2008, due to the now pending foreclosure, Plaintiff reiterated the demand for a complete copy of the file and proposed to rescind the transaction as allowed by law if Citi did not provide the requested documents. A true and correct copy is attached as Exhibit 6.

6.      On April 21, 2008, Citi provided some copies of the original loan documents and also delineated the current beneficiary and originator of the loan. A true and correct copy is attached as Exhibit 7.

7.      On April 28, 2008, I had extensive discussions with ACC Capital Holdings Corporation and Citi regarding a continuance of the foreclosure. A true and correct copy of Plaintiff's letter to Acc Capital Holdings Corporation is attached as Exhibit 8.

8.      Defendants refuse to provide all of the underlying loan documentation and refuse to continue the Foreclosure. Attached as Exhibits 9 and 10 is a true and correct copy of Notice of Trustee's Sale and Substitution of Trustee.

Ex Parte Application for Temporary Restraining Order Staying Trustee's Sale and OSC Re Preliminary Injunction

1     I declare under the penalty of perjury under the laws of the State of California that the foregoing

2  is true and correct.

3     Executed this 29th day of April 2008 at Long Beach, California.

4

5

6  _____

   MARK A. SHOEMAKER, declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

**Ex Parte Application for Temporary Restraining Order Staying Trustee's Sale and OSC Re Preliminary Injunction**



ADVOCATE
FOR FAIR LENDING

3750 E. Anaheim St., Suite 201
Long Beach, CA 90804
Office (888) 590-FAIR (3247) Ext 1025
Fax (562) 252-4862

April 29, 2008

<u>Via Facsimile (909) 484-0381 and Mail</u>
Roberta Schaeffer
Office of the President
Citi Residential Lending
POB 110000
Santa Ana, CA 92711-1000

Re:    Property:           10449 Stanfield Circle, San Diego, CA 92126
       Borrower:           Tazuko Thorgusen
       Loan Number:        0092696350
       TS No:              T08-32542-CA
       Sale Date:          May 1, 2008

       *EX PARTE NOTICE*

Dear Ms. Schaeffer:

This shall serve as Ex Parte Notice that at 8:30 a.m. on April 30, 2008, in Clerk's Office located
in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego,
California, Advocate For Fair Lending, LLC on behalf of Tazuko Thorgusen will apply for a
temporary restraining order and permanent injunction against ACC Capital Holdings
Corporation, Citi Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay
the pending foreclosure set for May 1, 2008 on the above referenced property. Said application
will be based upon the fact that the underlying loan violates 15 USC section 1639, 12 CFR
sections 226.17-226.19 and California Business and Professions Code §17200 giving Ms.
Thorgusen rights of equitable relief such as reformation of the loan and/or rescission.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:    Tazuko Thorgusen

* * * Communication Result Report ( Apr. 29. 2008  8:22AM ) * * *

Date/Time: Apr. 29. 2008  8:22AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3063 | Memory. TX | 919094840381 | P. 1 | OK | |

Reason for error
E.1) Hang up or line fail.                    E.2) Busy
E.3) No answer                                 E.4) No facsimile connection
E.5) Exceeded max. E-mail size



April 29, 2008

Via Facsimile (909) 484-0381 and Mail
Roberta Schaeffer
Officer of the President
Citi Residential Lending
POB 11000
Santa Ana, CA 92711-1000

Re:   Property:    10449 Starfield Circle, San Diego, CA 92126
      Borrower:    Tanako Thorguson
      Loan Number: 0092696330
      TS No:       T08-32342-CA
      Sale Date:   May 1, 2008

EX PARTE NOTICE

Dear Ms. Schaeffer:

This shall serve as Ex Parte Notice that at 8:30 a.m. on April 30, 2008, in Clerk's Office located in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego, California, Advocate For Fair Lending, LLC on behalf of Tanako Thorguson will apply for a temporary restraining order and permanent injunction against ACC Capital Holdings Corporation, Citi Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay the pending foreclosure set for May 1, 2008 on the above referenced property. Said application will be based upon the fact that the underlying loan violates 15 USC section 1639, 12 CFR sections 226.17-226.19 and California Business and Professions Code §17200 giving Ms. Thorguson rights of equitable relief such as reformation of the loan and/or rescission.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:   Tanako Thorguson



3750 E. Anaheim St., Suite 201
Long Beach, CA 90804
Office (888) 590-FAIR (3247) Ext 1025
Fax (562) 252-4862

April 29, 2008

<u>Via Facsimile (714) 247-6009 and Mail</u>
Deutsche Bank Trust
1761 East St. Andrew Place
Santa Ana, CA 92705

Re:    Property:           10449 Stanfield Circle, San Diego, CA 92126
       Borrower:           Tazuko Thorgusen
       Loan Number:        0092696350
       TS No:              T08-32542-CA
       Sale Date:          May 1, 2008

       **_EX PARTE NOTICE_**

Dear Deutsche Bank Trust:

This shall serve as Ex Parte Notice that at 8:30 a.m. on April 30, 2008, in Clerk's Office located
in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego,
California, Advocate For Fair Lending, LLC on behalf of Tazuko Thorgusen will apply for a
temporary restraining order and permanent injunction against ACC Capital Holdings
Corporation, Citi Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay
the pending foreclosure set for May 1, 2008 on the above referenced property. Said application
will be based upon the fact that the underlying loan violates 15 USC section 1639, 12 CFR
sections 226.17-226.19 and California Business and Professions Code §17200 giving Ms.
Thorgusen rights of equitable relief such as reformation of the loan and/or rescission.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:    Tazuko Thorgusen

∗ ∗ ∗ Communication Result Report ( Apr. 29. 2008  8:23AM ) ∗ ∗ ∗

1)
2)

Date/Time: Apr. 29. 2008  8:22AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 3064 Memory TX | 917142476009 | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size



April 29, 2008

Via Facsimile (715) 247-6009 and Mail
Deutsche Bank Trust
1761 East St. Andrew Place
Santa Ana, CA 92705

Re:    Property:        10449 Shadside Circle, San Diego, CA 92126
       Borrower:        Tazula Thorgusen
       Loan Number:     0097696356
       TS No:           708-13542-CA
       Sale Date:       May 1, 2008

EX PARTE NOTICE

Dear Deutsche Bank Trust:

This shall serve as Ex Parte Notice that at 8:30 a.m. on April 30, 2008, in Clerk's Office located in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego, California, Advocate For Fair Lending, LLC on behalf of Tazula Thorgusen will apply for a temporary restraining order and permanent injunction against ACC Capital Holdings Corporation, Oak Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay the pending foreclosure set for May 1, 2008 on the above referenced property. Said application will be based upon the fact that the underlying loan violates 15 USC section 1639, 12 CFR sections 226.17-226.19 and California Business and Professions Code §17200 giving Ms. Thorgusen rights of equitable relief such as reformation of the loan and/or rescission.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:    Tazula Thorgusen



3750 E. Anaheim St., Suite 201
Long Beach, CA 90804
Office (888) 590-FAIR (3247) Ext 1025
Fax (562) 252-4862

April 29, 2008

<u>Via Facsimile (714) 245-0974 and Mail</u>
Debbie Vijjewarpu, Manager
ACC Capital Holdings Corporation
1100 Town and Country Drive
Orange, CA 92868


Re:    Property:        10449 Stanfield Circle, San Diego, CA 92126
       Borrower:        Tazuko Thorgusen
       Loan Number:     0092696350
       T.S No:          T08-32542-CA
       Sale Date:       May 1, 2008

       *EX PARTE NOTICE*

Dear Ms. Vijjewarpu:

This shall serve as Ex Parte Notice that at 8:30 a.m. on April 30, 2008, in Clerk's Office located
in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego,
California, Advocate For Fair Lending, LLC on behalf of Tazuko Thorgusen will apply for a
temporary restraining order and permanent injunction against ACC Capital Holdings
Corporation, Citi Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay
the pending foreclosure set for May 1, 2008 on the above referenced property. Said application
will be based upon the fact that the underlying loan violates 15 USC section 1639, 12 CFR
sections 226.17-226.19 and California Business and Professions Code §17200 giving Ms.
Thorgusen rights of equitable relief such as reformation of the loan and/or rescission.


Very Truly Yours,


Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC


Cc:    Tazuko Thorgusen

* * * Communication Result Report ( Apr. 29. 2008   8:24AM ) * * *

1)
2)

Date/Time: Apr. 29. 2008   8:22AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 3065 | Memory TX | 917142450974 | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail             E. 2) Busy
E. 3) No Answer                        E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size



April 29, 2008

Via Facsimile (714) 245-0974 and Mail
Debbie Vijjeswarpu, Manager
ACC Capital Holdings Corporation
1100 Town and Country Drive
Orange, CA 92868

Re:    Property:        10449 Stanfield Circle, San Diego, CA 92126
       Borrower:        Tarako Thorgersen
       Loan Number:     0692649530
       TS No:           T08-17547-CA
       Sale Date:       May 1, 2008

            EX PARTE NOTICE

Dear Mr. Vijjeswarpu:

This shall serve as Ex Parte Notice that at 8:30 a.m. on April 30, 2008, in Clerk's Office located
in Room 225 of the San Diego Superior Court located at 330 West Broadway, San Diego,
California, Advocate For Fair Lending, LLC on behalf of Tarako Thorgersen will apply for a
temporary restraining order and permanent injunction against ACC Capital Holdings
Corporation, CRt Residential Lending, Deutsche Bank Trust and CR Title Services, Inc. to stay
the pending foreclosure set for May 1, 2008 on the above referenced property. Said application
will be based upon the fact that the underlying loan violates 13 USC section 1639, 12 CFR
sections 226.17-226.19 and California Business and Professions Code §17200 giving his.
Thorgersen rights of equitable relief such as reformation of the loan and/or rescission.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:    Tarako Thorgersen



3750 E. Anaheim St., Suite 201
Long Beach, CA 90804
Office (888) 590-FAIR Ext 1025
Fax (562) 494-8410

April 3, 2008

<u>Via Certified Mail #70073020000274915618</u>
President
Citi Residential Lending, Inc.
1 City Boulevard West, Suite 1500
Orange, California 92868

Re:    Property:          10449 Stanfield Circle, San Diego, CA 92126
       Borrower:          Tazuko Thorgusen
       Loan Number:       0092696350

Dear President:

Advocate For Fair Lending, LLC ("Advocate") represents Ms. Thorgusen ("borrower")
regarding the above-referenced loan. Enclosed is a copy of a notarized power of attorney and
authorization to release consumer information. Please direct all future communications regarding
this loan to this office. You are not to contact the borrower, except through this office.

If you are a loan servicer, demand is made under 15 USC section 1640(f) for the name, address,
and phone number of the owner/beneficiary of the obligation.

Demand is made that Citi Residential Lending, Inc. provide the following within 20 days of the
date of this letter:

(1)    Copies of all documents related to loan number 0092696350, including but not limited to
(a) Copies of all documents signed by the borrower, (b) Copies of all disclosure documents
required by 15 U.S.C. sections 1601 et seq., (c) Copy of the loan application, (d) Copy of the
Truth In Lending Disclosure Statement, (e) Copy of the Good Faith Estimate, (f) copy of the
signed Promissory Note, (g) Copies of all addendums to Promissory Note, (h) Copies of all
riders, (i) Copy of the Deed of Trust, (j) Copy of the Borrower's Closing Statement, (k) Copy of
the adjustable rate disclosure, (l) All notices of adjustment to the interest rate (m) The complete
payment history with amounts paid by the Borrower.

You may be granted a longer period of time to respond to this demand as reasonably necessary to
comply with the demand if and only if you agree that during any time beyond the 20 day period
you will cease all billing activity, deficiency against borrower, collection, interest, penalties or
other recourse, including the reporting of any derogatory statement to any credit reporting
agency.

President
Citi Residential Lending, Inc.
April 2, 2008
Page Two

Demand is further made for a written itemization of the amount financed pursuant to 15 U.S.C. section 1638(a)(2)(B).

Preliminary review of the transaction shows material violations of state and federal law including violations of:

(1)     15 USC sections 1601 et seq
(2)     12 CFR sections 226.1 et seq.
(3)     California Financial Code sections 4970 et seq.
(4)     California Civil Code sections 1709 and 1710.
(5)     California Civil Code sections 1688 et seq.
(6)     California Business and Professions Code sections 17200 et seq

The available remedies against you for disclosure violations include, but are not limited to rescission of the loan under 15 USC sections 1601 et seq., 12 CFR sections 226.1 et seq., California Financial Code sections 4970 et seq., California Civil Code sections 1688 et seq. and California Business and Professions Code sections 17200 et seq., consequential and general damages and punitive damages.

Notwithstanding the available remedies, we would prefer to negotiate a reasonable resolution, which could include reformation of the existing loan. Time if of the essence. We request that any communication with our office is by personnel with authority to negotiate and settle.

Very Truly Up Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Encls:  Limited Power of Attorney
        Authorization to Release Consumer Information

Cc:     Tazuko Thorgusen

April 09, 2008

Advocate For Fair Lending, LLC
3750 E. Anaheim St., Suite 201
Long Beach, CA 90804

Re: Loan Number 0092696350
    Borrower: Tazuko Thorgusen
    Property Address: 10449 Stanfield Circle
                      San Diego CA 92126

Dear Mr. Shoemaker:

Thank you for your recent inquiry regarding the mortgage loan referenced
above. We are researching your concerns, and will respond promptly. A
copy of the inquiry may be forwarded to the originator of the loan for
further research.

To obtain the status of your inquiry, please contact us directly at
(866) 461-0913, Monday through Friday, 7:00 a.m. to 6:00 p.m.,
Pacific Time.

Sincerely,

Office of the President
Citi Residential Lending

Cc: Tazuko Thorgusen

OP016/011/M3F

eral law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law
erwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit
report. Please be advised that if your loan is in a bankruptcy or has been discharged, this is not an attempt to collect a debt but is sent to you for informational purposes only



3750 E. Anaheim St., Suite 201
Long Beach, CA 90804
Office (888) 580-FAIR Ext 1025
Fax (562) 494-8410

April 18, 2008

<u>Via Facsimile (714) 782-5563 and Certified Mail #70070710000249566710</u>
President
Citi Residential Lending, Inc.
1 City Boulevard West, Suite 1500
Orange, California 92868

Re:     Property:           10449 Stanfield Circle, San Diego, CA 92126
         Borrower:        Tazuko Thorgusen
         Loan Number:    0092696350\
         TS No:           T08-32542-CA

Dear President:

On April 9, 2008, your office sent a form response to our letter dated April 3, 2008, which was received by your office via certified mail on April 7, 2008.

The Trustee's Sale is currently set for May 1, 2008. Formal request on behalf of the borrower is made to continue the foreclosure sale for at least 30 days to give time for your office to comply with the April 3, 2008 letter and provide a complete copy of the original loan file with all underwriting notes and guidelines to truly determine the most reasonable course of action regarding this loan. Absent your agreement to continue the matter for further review and negotiation, the borrower through Advocate For Fair Lending ("Advocate") will be forced to rescind the transaction under the provisions of 15 USC section 2601 et seq. and 12 CFR section 226.1 et seq.

Therefore, your office has until 5:00 p.m., Monday, April 21, 2008 to agree to continue the scheduled foreclosure sale, or the borrower will be forced to exercise her rescission options as provided by statute.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:    Tazuko Thorgusen

April 21, 2008

Advocate for Fair Lending
Attention: Mark A. Shoemaker, Esq.
3750 E. Anaheim St., Suite 201
Long Beach, CA 90804

|  |  |
|---|---|
| Re: | Loan Number 0092696350 |
| Borrower: | Tazuko Thorgusen |
| Property Address: | 10449 Stanfield Circle |
|  | San Diego, CA 92126 |

Dear Mr. Shoemaker:

This letter is in response to the correspondence received in the Office of the President of Citi Residential Lending regarding your request for documents and a payment history.

The loan was originated by Argent Mortgage Company, and previously serviced by a separate company. Citi Residential Lending obtained the servicing rights of the loan effective October 1, 2007 from the prior servicer.

Citi Residential Lending has updated its records to list you as an authorized third party to receive information on this loan until July 3, 2008. To extend this authorization, please provide authorization from Mr. Thorgusen in writing before that date.

Your written request for Citi Residential Lending to cease and desist all communications with Mr. Thorgusen, has been received and our records have been updated.

The current Note holder on the loan is Deutsche Bank Trust, located at 1761 East St. Andrew Place, Santa Ana, CA 92705

As the servicing company of the loan, Citi Residential Lending is obligated to service the loan based on the terms specified in the closing documents.

As requested, enclosed are copies of:

- Loan Application
- Good Faith Estimate
- Preliminary Truth in Lending Act Disclosures
- Application Disclosure or Advance Fee Agreement
- Mortgage
- Adjustable Rate Note

ederal law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law herwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Please be advised that if your loan is in a bankruptcy or has been discharged, this is not an attempt to collect a debt but is sent to you for informational purposes only.

- Notice of Right to Cancel
- Final Truth and Lending Act Disclosure
- HUD-1 Settlement Statement
- Transaction History
- Closing Agent Affidavit
- Borrowers Acknowledgement of Final Loan Terms

Citi Residential is unable to provide the additional documents requested, as it is proprietary in nature.

Any further concerns regarding the origination of this loan must be directed to ACC Capital Holdings Corporation, the parent company of the originator of the loan, Argent Mortgage Company. They can be contacted at:

ACC Capital Holdings Corporation
1100 Town and Country Drive
Orange, CA 92868
(800) 442-7706

If you have any questions, please contact me at (866) 461-0913, extension 38029, Monday through Friday, 7 a.m. to 4 p.m., Pacific Time.

Sincerely,

Roberta Schaeffer
Office of the President
Citi Residential Lending

Enclosures

.O. Box 11000, Santa Ana, CA 92711-1000    Toll Free (800) 430-5262    www.mycitiresidentialloan.com

Federal law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law otherwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Please be advised that if your loan is in a bankruptcy or has been discharged; this is not an attempt to collect a debt but is sent to you for informational purposes only.



3750 E. Anaheim St., Suite 201
Long Beach, CA 90804
Office (888) 590-FAIR (3247) Ext 1025
Fax (562) 252-4862

April 28, 2008

<u>Via Facsimile (714) 245-0974</u>
Debbie Vijjewarpu, Manager
ACC Capital Holdings Corporation
1100 Town and Country Drive
Orange, CA 92868

Re:    Property:        10449 Stanfield Circle. San Diego, CA 92126
       Borrower:        Tazuko Thorgusen
       Loan Number:     0092696350
       TS No:           T08-32542-CA
       Sale Date:       May 1, 2008

Dear Ms. Vijjewarpu:

Thank you for your time this morning. I have provided by fax the history of correspondence with Citi Residential Lending including the power of attorney and authorization giving Advocate the legal authority to discuss this matter. In the documents provided by Citi Residential Lending on April 21, 2008, there were material violations of the original loan such as no Hud-1, an unexplained $90,000 increase in the loan amount, disclosures signed on the loan signing date, no credit report, no appraisal, no signed good faith estimate, no signed borrower's authorization, no proof of income, proof of employment, no CPA letter, documents were not given to the borrower 3 days signing, disclosure amounts were not within $100 of the actual loan, there were no broker disclosures signed within 3 days of running credit (if credit was even ran). Ultimately, there was no benefit to the borrower who would have had a better position with existing product at the time and should have been put into a $60,000 2nd or HELOC where payments would have been about $180 per month.

Essentially, the original loan has material violations of federal law, specifically 15 USC section 1639 and 12 CFR sections 226.17-226.19, which would give the borrower the right to rescind the loan or force a reformation based upon the violations under other equitable remedy theories. It is clear the broker put the borrower into this loan to maximize broker fees.

However, as stated in our April 3, 2008 letter, we would prefer to reasonably analyze this loan to determine a proper position. It seems that the loan should be reformed to comply with the legal requirements at the time of origination. We were not given complete documentation (i.e. underwriting notes, guidelines, appraisals (if exist) etc.) We will seek an injunction to stop the foreclosure if your office will not agree to a continuance of the Trustee's Sale. A minimum time

Debbie Vijjewarpu, Manager
ACC Capital Holdings Corporation
April 28, 2008
Page Two

would be 30 days. Longer might be better since our office still needs to receive complete file
documentation. It would seem though that ACC Capital should prefer to have a performing loan
instead of an REO situation. A continuance of the sale would greatly enable such a situation.

Unfortunately, due to the time constraints, this matter must be resolved either way by this
afternoon.

Very Truly Yours,

Mark A. Shoemaker, Esq.
General Counsel for
Advocate For Fair Lending, LLC

Cc:     Tazuko Thorgusen

RECORDING REQUESTED BY
**CR Title Services Inc.**

AND WHEN RECORDED MAIL TO:
**CR Title Services Inc.**
**P.O. Box 1500**
**Rancho Cucamonga, CA 91729-1500**

---

T.S. No. T08-32542-CA
Loan No. 0092696350

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 01-19-2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: TAZUKO THORGUSEN, AN UNMARRIED WOMAN
Duly Appointed Trustee: CR Title Services Inc.
Recorded 06-26-2006 as Instrument No. 2006-0059407 in book , page   of Official Records in the office of the Recorder of SAN DIEGO County, California.
Date of Sale:05-01-2008 at 10:00 AM
Place of Sale:     AT THE SOUTH ENTRANCE TO THE COUNTY COURTHOUSE, 220 WEST BROADWAY, SAN DIEGO, CALIFORNIA
Amount of unpaid balance and other charges: $316,368.31
Street Address or other common designation of real property:     **10449 STANFIELD CIRCLE**
**SAN DIEGO, CA 92126**
A.P.N.: 318-183-36
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. The Trustee shall incur no liability for any good faith error in stating the proper amount of unpaid balances and charges.

For Sales Information please contact AGENCY SALES AND POSTING at WWW.FIDELITYASAP.COM or 714-259-7850

**REINSTATEMENT LINE: 888-485-9191**

Date: 04-11-2008

> CR Title Services Inc.
> P.O. Box 1500
> Rancho Cucamonga, CA 91729-1500
> 888-485-9191

> _____
> MARTI ALVAREZ, TRUSTEE ASSISTANT

**Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.**

RECORDING REQUESTED BY:

FIRST AMERICAN TITLE (SANTA ANA)

AND WHEN RECORDED MAIL TO:

CR Title Services Inc.
P.O. Box 1500
Rancho Cucamonga, CA 91729-1500
888-485-9191

TS No.: T08-32542-CA
Loan No.: 0092696350

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, TAZUKO THORGUSEN, AN UNMARRIED WOMAN** was the original Trustor, **TOWN & COUNTRY TITLE SERVICES, INC.** was the original Trustee, and **ARGENT MORTGAGE COMPANY,LLC.,** was the original Beneficiary under that certain Deed of Trust dated 01-19-2006 and recorded on 06-26-2006 as Instrument No. 2006-0059407, in book, page of Official Records of SAN DIEGO County, CALIFORNIA; and

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned hereby substitutes **CR Title Services Inc.,** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: March 25, 2008

**Substitution of Trustee**

Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W3 BY CITI RESIDENTIAL LENDING INC., AS ATTORNEY IN FACT.

By: _____

Rose C. Lara
Authorized Agent

State of CA        )ss
County of SAN BERNARDINO)

On March 25, 2008 before me, _____ Notary Public, personally appeared Rose C. Lara, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____(seal)

_____ Notary Public

ROBERT BROADHEAD
Commission # 1767410
Notary Public - California
San Bernardino County
My Comm. Expires Sep 13, 2011

1  Mark A. Shoemaker, Esq. [sbn 134828]
   3750 E. Anaheim St., Ste. 201
2  Long Beach, CA 90804
   Tel (562) 498-9595
3  Fax (562) 494-8410

4  Attorney for Plaintiff
   ADVOCATE FOR FAIR LENDING, LLC
5  Attorney In Fact for Tazuko Thorgusen

6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11  Advocate For Fair Lending, LLC, a    )   CASE NO. 2008-00082973
    California Limited Liability Company,   )
12  Attorney In Fact for Tazuko Thorgusen,  )
                               )   DECLARATION OF WILLIAM BOREN IN
13          Plaintiff,            )   SUPPORT OF EX PARTE APPLICATION FOR
                                 )   TEMPORARY RESTRAINING ORDER
14  vs.                        )   STAYING TRUSTEE'S SALE AND ORDER TO
                                 )   SHOW CAUSE RE PRELIMINARY
15  ACC Capital Holdings Corporation, Argent )   INJUNCTION
    Mortgage Company, Citi Residential    )
16  Lending, Deutsche Bank Trust, CR Title   )
    Services, Inc., Does 1-25, Roes 1-25,   )
17  Inclusive,                     )   Date:   April 30, 2008
                                 )   Time:   8:30 a.m.
18          Defendants.          )   Dept:   To Be Assigned at Rm 225

19

20

21  I, WILLIAM BOREN, DECLARE:

22  1.    I have personal knowledge of the matters attested to in this declaration and if called as a witness,

23  I would testify competently thereto.

24  2.    I am the Chief Executive Officer of Advocate For Fair Lending, LLC. (hereafter "Advocate").

25  3.    I have worked in the lending industry for over 15 years.

26  4.    I have personally reviewed and audited documents provided by Defendant Citi Residential

27  Lending (hereafter "Citi Residential") regarding Loan Number 0092696350 on property more

28  commonly known as 10449 Stanfield Circle, San Diego, California 92126 which, is scheduled for

1

1  Trustee Sale on May 1, 2008 at 10:00 a.m. at the south entrance to the County Courthouse, 220 West

2  Broadway, San Diego, California. Tazuko Thorgusen as the borrower (hereafter "borrower").

3  5.      Attached as Exhibit 1 is a true and correct copy of the Uniform Residential Loan Application for

4  borrower on Fannie Mae Form 1003 (hereafter "1003") signed by the borrower on January 20, 2006.

5  Exhibit 1 was provided by Citi Residential.

6  6.      Attached as Exhibit 2 is a true and correct copy of an unsigned and undated Good Faith Estimate,

7  which shows a preparation date of December 29, 2005. Exhibit 2 was provided by Citi Residential.

8  7.      Attached as Exhibit 3 is a true and correct copy of an unsigned and undated Preliminary Truth-

9  In-Lending Disclosure Statement (hereafter "Preliminary TIL"), which shows a preparation date of

10  December 29, 2005. Exhibit 3 was provided by Citi Residential.

11  8.      Attached as Exhibit 4 is a true and correct copy of a Final Truth-In-Lending Disclosure

12  Statement (hereafter "Final TIL") signed and dated by the borrower on January 20, 2006. Exhibit 4 was

13  provided by Citi Residential.

14  9.      Attached as Exhibit 5 is a true and correct copy of a Settlement Statement (hereafter "HUD-1").

15  The HUD-1 is on a form dated March 1986 for a 2006 Loan. Exhibit 5 was provided by Citi Residential.

16  10.     Upon my review I found the following violations:

17      (a)     Citi Residential failed to provide a complete file though requested on April 3, 2008.

18      (b)     No signed and dated Borrower Authorization.

19      (c)     No signed and dated Good Faith Estimate.

20      (d)     No lender guidelines of the loan.

21      (e)     No credit report.

22      (f)     No appraisal.

23      (g)     No proof of income.

24      (h)     No proof of reserves (verification of income).

25      (i)     No proof of employment.

26      (j)     No paycheck stubs on the borrower.

27      (k)     No bank statements.

28      (l)     No variable interest rate notice.

2

1      (m)     Loan documents were not given to borrower at least 3 days before borrower signed the

2      loan documents.

3      (n)     Truth In Lending statements were not within $100 of the actual loan.

4      (o)     No proof that any broker disclosures were given or signed within 3 days of running

5      credit.

6      (p)     On the Truth In Lending statements the payments do not match the loan documents.

7  11.     In addition to the violations of required disclosures, the borrower was put into a loan that

8  increased her monthly payments from $1,041.57 to GMAC (Exh 1, p. 2) to $1,987.35.

9  12.     The borrower owed a balance of $206,250 to GMAC (Exh 1, p.2) yet at the end of the loan paid

10  $226,706.34 due to prepayment penalties and additional closing costs.

11  13.     The borrower took $60,311.79 in cash from the loan (Exh 5, p.1), but the loan amount was

12  $296,250. Essentially, the borrower was put into a loan, which charged her $30,000 more then was

13  necessary for her needs at the time. At the time, the borrower should have been put into a $60,000 2nd

14  which even at a high rate of 12% here payments would have only been $600 in addition to her payments

15  on the existing 1st.

16  14.     The borrower would not have had any reason to touch the 1st. However, with a 2nd at $60,000 the

17  broker would have only made a $600 commission instead of the $30,000 in fees and costs charged to the

18  borrower by the broker, lender and to payoff the 1st.

19  15.     Due to the borrower's fixed income position, the variable nature of the loan (see Exh 4 payment

20  going from $1,987 to $2,481) and the reduced equity in the property, the lender and the broker should

21  have known that the borrower would be in a foreclosure posture within 2-3 years of the loan which is

22  exactly what has occurred in this case.

23  16.     It appears that the sole purpose of the loan was to pay broker's fees and costs. There was no net

24  tangible benefit to the borrower and in fact was directly responsible for the current foreclosure position.

25

26

27

28

3

1  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true

2  and correct.

3  Executed this 29th day of April 2008 in Irvine, California

4

5  \s\

6  WILLIAM BOREN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of William Boren in Support of Ex Parte Application for Temporary Restraining Order Staying Trustee's Sale

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when □ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or □ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____  Co-Borrower _____

| I. TYPE OF MORTGAGE AND TERMS OF LOAN | | | | |
|---|---|---|---|---|
| Mortgage Applied for: | □ VA □ Conventional □ Other (explain) □ FHA □ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
| Amount $595,250.00 | Interest Rate 8.050 % | No. of Months 360 | Amortization Type: □ Fixed Rate □ GPM □ Other (explain) □ ARM (type) |

| II. PROPERTY INFORMATION AND PURPOSE OF LOAN | | |
|---|---|---|
| Subject Property Address (street, city, state, & ZIP) 10449 STRATFIELD CIRCLE, SAN DIEGO, CA 92126 | County SAN DIEGO | No. of Units |
| Legal Description of Subject Property (attach description if necessary) | | Year Built 1972 |

Purpose of Loan: □ Purchase □ Construction ☑ Other (explain) □ Refinance □ Construction-Permanent

Property will be: ☑ Primary Residence □ Secondary Residence □ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements □ made □ to be made |
|---|---|---|---|---|
| 1997 | $118,000.00 | $ 705,000.00 | Refi-Cash Out | Cost: $ 0.00 |

Title will be held in what Name(s) | MARINA THORNBURGH, An Unmarried Woman | Manner in which Title will be held | Estate will be held in: ☑ Fee Simple □ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

| III. BORROWER INFORMATION | | |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) MARINA THORNBURGH | | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School 16 | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
| □ Married ☑ Unmarried □ Separated | Dependents (not listed by Co-Borrower) no. 0 ages | □ Married □ Unmarried □ Separated | Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☑ Own □ Rent ___ No. Yrs. 10449 STRATFIELD CIRCLE SAN DIEGO, CA 92126 | | Present Address (street, city, state, ZIP) □ Own □ Rent ___ No. Yrs. |
| Mailing Address, if different from Present Address | | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) □ Own □ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) □ Own □ Rent ___ No. Yrs. |
|---|---|

| IV. EMPLOYMENT INFORMATION | | |
|---|---|---|
| Name & Address of Employer ☑ Self Employed T.W. CENTRAL INSURANCE 10449 STRATFIELD CIRCLE SAN DIEGO, CA 92126 | Yrs. on this job | Name & Address of Employer □ Self Employed | Yrs. on this job |
| | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business INSURANCE AGENT | Business Phone (incl. area code) (858)549-7548 | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer ☑ Self Employed KINGS ROAD FINANCIAL SERVICES 2405 MORRISSON #230 SAN DIEGO, CA 92121 | Dates (from - to) 04/14/2005 09/01/2005 | Name & Address of Employer □ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ 0.00 | | Monthly Income $ |
| Position/Title/Type of Business PROPERTY AGENT | Business Phone (incl. area code) (858)452-1890 | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☑ Self Employed NATIONAL ASSOCIATION FOR RED SHOE 2211 EMPIRONY LAKE ROAD STREET, WI 90854 | Dates (from - to) 01/20/2002 04/01/2004 | Name & Address of Employer □ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ 0.00 | | Monthly Income $ |
| Position/Title/Type of Business INDEPENDENT AGENT/INSURANCE 0002653250 | Business Phone (incl. area code) (805)539-9273 | Position/Title/Type of Business | Business Phone (incl. area code) |

URLA.URF (10/02/2003) Rev .82          Page 1 of 4

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | 0.00 | | 0.00 | Rent | 0.00 | |
| Overtime | 4,275.00 | | 4,275.00 | First Mortgage (P&I) | 1,641.87 | 1,687.34 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 45.00 | 147.50 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 144.43 | 87.83 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | Other: | 0.00 | 0.00 |
| Total | 4,275.00 | | 4,275.00 | Total | 1,930.80 | 2,392.67 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS | Cash or Market Value | LIABILITIES and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: | 0.00 | Name and address of Company | $ Payment/Months | |
| | | ZERO 'XX' | 18.00 / 34 | 500.00 |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. No. 100005241114 | | |
| | | Name and address of Company | $ Payment/Months | |
| | | UNKNOWN (original) | (18.00) / 28 | (410.00) |
| Acct. No. | | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. No. 12064078 | | |
| | | Name and address of Company | $ Payment/Months | |
| | | SKMC | (1,641.87) / 199 | (206,250.00) |
| Acct. No. | | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. No. | | |
| | | Name and address of Company | $ Payment/Months | |
| | | PROPERTY TAXES | 40.00 | 40.00 |
| Acct. No. | | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. No. | | |
| | | Name and address of Company | $ Payment/Months | |
| Acct. No. | | | | |
| Stocks & Bonds (Company name/number & description) | | | | |
| | | Acct. No. | | |
| | | Name and address of Company | $ Payment/Months | |
| Life insurance net cash value | 0.00 | | | |
| Face amount: $ 0.00 | | | | |
| Subtotal Liquid Assets | 0.00 | Acct. No. | | |
| Real estate owned (enter market value from schedule of real estate owned) | 425,000.00 | | | |
| Vested interest in retirement fund | 0.00 | Name and address of Company | $ Payment/Months | |
| Net worth of business(es) owned (attach financial statement) | 0.00 | | | |
| Automobiles owned (make and year) | | | | |
| | | Acct. No. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | 0.00 | |
| Other Assets (itemize) | | Total Deductions | | |
| | | Job-Related Expense (child care, union dues, etc.) | | |
| | | Total Monthly Payments | 18.00 | |
| Total Assets a. | 425,000.00 | Net Worth (a minus b) ▶ $ 424,500.00 | Total Liabilities b. | 500.00 |

0093596350

Initials/ _____   Page 3 of 4

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 10449 STANFIELD CIRCLE SAN DIEGO, CA 92126 | R   SFR | 425000 | 205250 | 0 | 1042 | 1 | 0 |
| Totals | | 425000 | 205250 | 0 | 1043 | 1 | 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

| | | |
|---|---|---|
| a. Purchase price | 0.00 |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | 0.00 |
| e. Estimated prepaid items | 609.30 |
| f. Estimated closing costs | 5,785.80 |
| g. PMI, MIP, Funding Fee | 0.00 |
| h. Discount (if Borrower will pay) | 0.00 |
| i. Total costs (add items a through h) | 6,364.90 |
| j. Subordinate financing | 0.00 |
| k. Borrower's closing costs paid by Seller | 8,073.30 |
| l. Other Credits (explain) | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 205,250.00 |
| n. PMI, MIP, Funding Fee financed | 0.00 |
| o. Loan amount (add m & n) | 205,250.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -202,958.30 |

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | X |
| b. Have you been declared bankrupt within the past 7 years? | | X | | X |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | X |
| d. Are you a party to a lawsuit? | | X | | X |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | X | | X |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | X |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | X |
| h. Is any part of the down payment borrowed? | | X | | X |
| i. Are you a co-maker or endorser on a note? | | X | | X |
| j. Are you a U.S. citizen? | X | | X | |
| k. Are you a permanent resident alien? | | X | | X |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | X | |
| m. Have you had an ownership interest in a property in the last three years? | | X | | X |

Borrower's Signature X _(signature)_  Date 1-2006    Co-Borrower's Signature X    Date

To be Completed by Interviewer

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Ethnicity | | Ethnicity | |
| Race | X Asian | Race | X Asian |
| Sex | X Female | Sex | |

| This application was taken by: | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| Face-to-face interview | William Nocil Jr | The Mortgage Works |
| Mail | Interviewer's Signature | 16766 Bernardo Center Dr Ste 208 |
| X Telephone | Interviewer's Phone Number (incl. area code) | San Diego, CA 92128 |
| Internet | (858) 674-2463 | |

Page 3 of 4

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/0

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower THORGUSEN, TAEDRO | Agency Case Number |
|---|---|---|
| | Co-Borrower | Lender Case Number |

Under California Civil Code 1812.30(j) "Credit applications for the obtainment of money, goods, labor, or services shall clearly specify that the applicant, if married, may apply for a separate account."

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X *signature* | 1-20-06 | X | |

00929063B0

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/0

Loan Number: 0091626360 - 9506
Lender: Argent Mortgage Company, LLC

Address: One City Boulevard West
Orange, CA 92868
Applicant(s): TAZUKO THORGUSEN

Property Address: 10449 STANFIELD CIRCLE
SAN DIEGO, CA 92126

# GOOD FAITH ESTIMATE

Sales Price: 0.00
Base Loan Amount: 276,250.00
Total Loan Amount: 276,250.00
Type of Loan: ADJUSTABLE RATE
Date Prepared: December 29, 2005
Rate: 8.050 %     Term: 360 Months
Broker: The Mortgage Works
16766 Bernardo Center Dr Ste 208, San Diego, CA 92128

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A Settlement Statement that you will be receiving at settlement. The HUD-1 or HUD-1A Settlement Statement will show you the actual cost for items paid at settlement. The loan terms and fees may change based on the information gathered during the underwriting and loan approval process or as a result of negotiations between you and the Lender.

*"L" = Costs to be paid outside of closing by Lender.     "P" = Costs to be paid by Seller     * Paid Outside of Closing

| 800 ITEMS PAYABLE IN CONNECTION WITH LOAN: | |
|---|---|
| 801 Loan Origination Fee ( %) | |
| 802 Loan Discount Fee** ( %)  0 - 2% Range | |
| 803 Appraisal/Property Valuation | $375.00 |
| 804 Credit Report | $11.00 |
| 805 Lender's Inspection Fee | |
| 806 Mortgage Insurance Application Fee | |
| 807 Assumption Fee | |
| 808 YSP to Broker  0 - 2% Range | 2,762.50 |
| 809 | |
| 810 Tax Related Service Fee | $70.00 |
| 811 Flood Search Fee | $9.00 |
| 812 Lender's Processing Fee | |
| 813 | |
| 814 Doc Prep Fee to | |
| | |
| 818 Origination Fee to broker (1.000 %) | 2,762.50 |
| 819 Application Fee to | |
| 819 Underwriting Fee to Broker | |
| 819 Service Provider Fee to | |
| 820 Processing Fee to Broker | $495.00 |
| 821 Underwriting Fee to Lender | $790.00 |
| 823 Prepaid Origination Interest 0 - 1.5% | |
| 900 ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | |
| 901 Interest for 10 days @ $60.93 per day | $609.30 |
| 902 Mortgage Ins Premium | |
| 903 Hazard Ins Premium | |
| 904 Flood Ins Premium | |
| 1000 RESERVES DEPOSITED WITH LENDER: | |
| 1001 Haz Ins Prem | months @ $ |
| 1002 Mortgage Ins | months @ $ |
| 1003 Earthquake Ins | months @ $ |
| 1004 City Prop Taxes | months @ $ |
| 1005 Annual Assmts | months @ $ |
| 1006 Flood Ins | months @ $ |
| 1007 Windstorm Ins | months @ $ |
| 1008 | |
| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | |
| Down payment | |
| Est. Closing Costs | $6,705.00 |
| Est. Prepaid Items/Reserves | $609.30 |
| OTHER: POC Balance | $0.00 |
| TOTAL EST. FUNDS NEEDED TO CLOSE | $9,189.30 |
| TOTAL FEES PAID BY LENDER | $2,773.60 |

| 1100 TITLE CHARGES: | |
|---|---|
| 1101 Settlement or Closing Fee | |
| 1102 Abstract or Title Search | |
| 1103 Title Examination | |
| 1104 Title Insurance Binder | |
| 1105 Document Preparation Fee | |
| 1106 Notary Fees | |
| 1107 Attorney Fee | |
| 1108 Title Insurance | |
| 1109 | |
| 1110 | |
| 1111 Settlement/Closing Fee | |
| 1112 Escrow Fee | |
| 1200 GOVERNMENT RECORDING AND TRANSFER CHARGES: | |
| 1201 Recording Fees | $70.00 |
| 1202 City/County Tax/Stamps | |
| 1203 | |
| 1204 | |
| 1205 | |
| 1300 ADDITIONAL SETTLEMENT CHARGES: | |
| 1301 Survey | |
| 1302 Pest Inspection | |
| 1303 | |
| 1304 Misc Fees | |
| 1305 | |
| 1306 Appraisal | |
| 1306 Courier Fee | |
| TOTAL ESTIMATED SETTLEMENT CHARGES | |
| TOTAL SETTLEMENT CHARGES PAID BY LENDER | $2,773.60 |
| TOTAL ESTIMATED MONTHLY PAYMENT: | |
| Principal & Interest | |
| Real Estate Taxes | |
| Hazard Insurance | |
| Mortgage Insurance | |
| TOTAL Monthly Payment | |

THIS SECTION TO BE COMPLETED BY LENDER ONLY IF A PARTICULAR PROVIDER OF SERVICE IS REQUIRED. Use of the particular provider is required and the estimate is based on charges of the provider. If a particular provider is not mentioned, a provider with the required from a lender approved list.

| ITEM  NAME OF PROVIDER | ADDRESS OF PROVIDER | TELEPHONE NUMBER OF PROVIDER |
|---|---|---|
| 803 Appraisal Repeated Use | | Unaffiliated/Repeated Use |
| 804 Credit Repeated Use | | Unaffiliated/Repeated Use |
| 810 Fidelity National Tax Service | 455 N. Rosemead Blvd., Pasadena, CA 91107 | 800-989-5724    Unaffiliated/Used 100%/Tax |
| 811 First American Flood Data Service | 11902 Burnet Rd, Ste 200, Austin, TX 78758 | 800-447-1772    Unaffiliated/Used 100%/ |
| 1101 Closing Agent Repeated Use | | Unaffiliated/Repeated Use |
| 1108 Title Company Repeated Use | | Unaffiliated/Repeated Use |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender. If your application is to purchase residential real property and the Lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs", and the Consumer Handbook on ARM Mortgages, if applicable.

Applicant TAZUKO THORGUSEN _____ Date _____     Applicant _____ Date _____

Applicant _____ Date _____     Applicant _____ Date _____

GFE Rev. 02 (12/03)

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868
(888)311-4721

[X] Preliminary    [ ] Final

Broker: The Mortgage Works
16766 Bernardo Center Dr Ste 209,
San Diego, CA 92128

Borrowers: TAZUKO THORGUSEN

Address:        10449 STANFIELD CIRCLE
City/State/Zip:  SAN DIEGO, CA 92126

Property:       10449 STANFIELD CIRCLE, SAN DIEGO, CA 92126

Type of Loan:  ADJUSTABLE RATE
Date: December 29, 2005
Loan Number: 0092896350 - 9508

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 10.337% | $ 658,968.56 (e) | $ 270,955.20 (e) | $ 929,923.76 (e) |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | (e) $1,853.18 | 02/01/2006 | | | |
| 6 | (e) $2,313.80 | 02/01/2008 | | | |
| 30 | (e) $2,474.74 | 08/01/2008 | | | |
| 269 | (e) $2,657.79 | 02/01/2011 | | | |
| 1 | (e) $2,644.43 | 01/01/2036 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 10449 STANFIELD CIRCLE, SAN DIEGO, CA 92126

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may    [ ] will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

**(e) = estimate**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower TAZUKO THORGUSEN _____ Date _____    Borrower _____ Date _____

Borrower _____ Date _____    Borrower _____ Date _____

TIL1 (12/2004) Rev.03                                                      12/29/2005 10:18:27 AM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary     ☒ Final

LENDER: Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868
(888)311-4721

Broker: The Mortgage Works
16766 Bernardo Center Dr Ste 208,
San Diego, CA 92128

Borrowers: TAZUKO THORGUSEN

Address:     10449 STANFIELD CIRCLE
City/State/Zip:     SAN DIEGO, CA 92126

Type of Loan:  ADJUSTABLE RATE
Date:  January 19, 2006
Loan Number:  0092698350 - 9508

Property:     10449 STANFIELD CIRCLE, SAN DIEGO, CA 92126

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.344% | $ 706,699.98 | $ 290,591.45 | $ 997,259.93 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,967.38 | 03/01/2006 | | | |
| 6 | $2,481.10 | 03/01/2008 | | | |
| 30 | $2,663.91 | 09/01/2008 | | | |
| 299 | $2,650.20 | 03/01/2011 | | | |
| 1 | $2,849.73 | 02/01/2036 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:  10449 STANFIELD CIRCLE, SAN DIEGO, CA 92126

**ASSUMPTION:** Someone buying this property  ☒ cannot assume the remaining balance due under original terms.  ☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**  You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

**LATE CHARGE:** If a payment is late, you will be charged  5.000% of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
☒ may     ☐ will not     have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Tazuko Th_   1-20-06

Borrower TAZUKO THORGUSEN     Date     Borrower     Date

Borrower     Date     Borrower     Date

TIL1 (12/2005) Rev.03     01/19/2006 4:31:26 PM

OMB No. 2502-0265

Page 1

| A. | | B. TYPE OF LOAN |
|---|---|---|

**CHICAGO TITLE COMPANY**
CLOSER: Rebecca Seals
DATE OF PRINTING: 01/27/06
TIME OF PRINTING: 10:24
SETTLEMENT STATEMENT

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |
| 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |

7. Loan Number: 0052586550
8. Mortgage Insurance Case Number: 0580462208-001 27N 818

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: Yasuko Thompson
   ADDRESS: 10469 Stanfield Circle
   San Diego          CALIFORNIA          92126

E. NAME OF SELLER:
   ADDRESS:

F. NAME OF LENDER: Argent Mortgage Company LLC
   ADDRESS: One City Boulevard West
   Orange          CALIFORNIA          92868

G. PROPERTY LOCATION: 10469 Stanfield Circle
   San Diego          CALIFORNIA          92126

H. SETTLEMENT AGENT: CHICAGO TITLE COMPANY
   ADDRESS: 16451 BERNARDO CENTER DRIVE
   SAN DIEGO          CALIFORNIA          92128
   PLACE OF SETTLEMENT: 16451 BERNARDO CENTER DRIVE
   ADDRESS: SAN DIEGO          CALIFORNIA          92128

I. SETTLEMENT DATE: January 26, 2006

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 9,211.49 | 403. | |
| 104. Gross Interest | 286,796.34 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMT DUE FROM BORROWER | 296,211.81 | 420. GROSS AMT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 296,280.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 296,280.00 | 520. TOTAL REDUCTION AMT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amt due from borrower (line 120) | 296,211.81 | 601. Gross amt due to seller (line 420) | |
| 302. Less amts paid by/for borrower (line 220) | 296,280.00 | 602. Less reduction in amt due seller (line 520) | ( 0.00) |
| 303. CASH (☐ FROM) (☒ TO) BORROWER | 68,211.79 | 603. CASH (☒ TO) (☐ FROM) SELLER | 0.00 |

The above instrument is a full, true and correct copy of the original
CHICAGO TITLE COMPANY
ESCROW DIVISION
By _____

N27

HUD-1 (3/86) RESPA, HB 4305.2

F-2157-91 4/80                                   Page 2                          OMB No. 2502-0265

| | L. SETTLEMENT CHARGES | TIME OF PRINTING: 10:24 DATE OF PRINTING: 01/17/08 |
|---|---|---|

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price | | |
| | Division of Commission (line 700) as follows: | | |
| 701. | $ to | | |
| 702. | $ to | | |
| 703. | Commission paid at Settlement | | |
| 704. | | | |
| 705. | Additional commission | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. | Loan Origination Fee % The Mortgage Works | 2,962.80 | |
| 802. | Loan Discount | | |
| 803. | Appraisal Fee to e Walter Scott | 175.00 | |
| 804. | Credit Report to The Mortgage Works | 11.00 | |
| 805. | Lender's Inspection Fee to | | |
| 806. | Mortgage Insurance Application Fee to | | |
| 807. | Assumption Fee to | | |
| 808. | Underwriting Fee to Aryash Mortgage Company LLC | 795.00 | |
| 809. | Processing Fee to The Mortgage Works | 615.13 | |
| 810. | Tax Related Service Fee to Fidelity National Tax Service | 70.00 | |
| 811. | Flood Search Fee to First American Flood Data Service | 9.00 | |
| 812. | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. | Interest from to @ /day days | 392.04 | |
| 902. | Mortgage Insurance Premium for months to | | |
| 903. | Hazard Insurance Premium for years to State Farm | 689.00 | |
| 904. | | | |
| 905. | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | |
| 1001. | Hazard Insurance month @ per month | | |
| 1002. | Mortgage Insurance month @ per month | | |
| 1003. | City property taxes month @ per month | | |
| 1004. | County property taxes month @ per month | | |
| 1005. | Annual assessments month @ per month | | |
| 1006. | month @ per month | | |
| 1007. | month @ per month | | |
| 1008. | Aggregate Accounting Adjustment | 0.00 | 0.00 |
| 1100. | TITLE CHARGES | | |
| 1101. | Settlement or Closing Fee to Chicago Title Insurance Co. | 425.00 | |
| 1102. | Abstract or title search to | | |
| 1103. | Title examination to | | |
| 1104. | Title insurance binder to | | |
| 1105. | Document preparation to | | |
| 1106. | Notary fees to | 95.00 | |
| 1107. | Attorney's fee to Robin L. Schredel | | |
| 1108. | Title Insurance to Chicago Title Insurance Co. | 615.00 | |
| | (includes above items numbers) | | |
| 1109. | Lender's coverage $ | | |
| 1110. | Owner's coverage $ | | |
| 1111. | Endorsement to Chicago Title Insurance Co. 8.1 | 25.00 | |
| 1112. | | | |
| 1113. | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. | Recording fees: Deed $ Mortgage $ Release | 63.00 | |
| 1202. | City/county tax/stamps Deed $ Mortgage $ | | |
| 1203. | State tax/stamps Deed $ Mortgage $ | | |
| 1204. | | | |
| 1205. | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. | Survey to | | |
| 1302. | Pest inspection to | | |
| 1303. | 1st held loans with penalty | 972.19 | |
| 1304. | | 595.51 | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1400. | TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | 8,331.67 | |

HUD-1 (3/86) RESPA, HB 4305.2

OMB No. 2502-0265

Page  6

| ORDER/ABCO 030 | E3045208<br>055045208 | P11<br>27H | 013 | SUPPLEMENTAL PAGE | TIME OF PRINTING: 10:26<br>DATE OF PRINTING: 01/27/06 |
|---|---|---|---|---|---|

GMAC Mortgage

CHARGE AMOUNT

| 104.001 | PRINCIPAL | 220,000.00 |
| | MORTGAGE CHARGES/FEES | 6,706.34 |
| | TOTAL PAYOFF TO GMAC Mortgage | | 226,706.34 |

TOTAL GMAC Mortgage (LINE 104)          0          226,706.34

HUD-1 (3/86) RESPA, HB 4305.2

1  Mark A. Shoemaker, Esq. [sbn 134828]
   3750 E. Anaheim St., Ste. 201
2  Long Beach, CA 90804
   Tel (562) 498-9595
3  Fax (562) 494-8410

4  Attorney for Plaintiff
   ADVOCATE FOR FAIR LENDING, LLC
5  As Attorney In Fact for Tazuko Thorgusen

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11  Advocate For Fair Lending, LLC, a        )   CASE NO. 2008-00 82973
    California Limited Liability Company,     )
12  Attorney In Fact for Tazuko Thorgusen,    )   DECLARATION OF TAZUKO THORGUSEN IN
                                              )   SUPPORT OF EX PARTE APPLICATION FOR
13          Plaintiff,                        )   TEMPORARY RESTRAINING ORDER
                                              )   STAYING TRUSTEE'S SALE AND ORDER TO
14  vs.                                       )   SHOW CAUSE RE PRELIMINARY
                                              )   INJUNCTION
15  ACC Capital Holdings Corporation, Argent  )
    Mortgage Company, Citi Residential        )
16  Lending, Deutsche Bank Trust, CR Title    )
    Services, Inc., Does 1-25, Roes 1-25,     )
17  Inclusive,                                )
                                              )   Date:  April 30, 2008
18          Defendants.                       )   Time:  8:30 a.m.
                                              )   Dept:  To Be Assigned at Rm 225
19

20

21  I, TAZUKO THORGUSEN, DECLARE:

22  1.      I have personal knowledge of the matters attested to in this declaration and if called as a witness,

23  I would testify competently thereto.

24  2.      My residence, purchased by me, for over 15 years has been at 10449 Stanfield Circle, San Diego,

25  CA 92126. I have never been in a foreclosure.

26  3.      Attached as Exhibit 1 is a true and correct copy of a Limited Power of Attorney signed by me so

27  the Advocate For Fair Lending, LLC could act in my behalf with the lender and in court if necessary.

28

                                            1

4.      When I took out the loan for $296,250 in January 2006, my broker never informed me that there was a less costly option where I could borrow only my needed cash of $60,000 with a 2nd Trust Deed at a greatly reduced monthly payment and without reducing so much of my equity in the property. I needed the $60,000 for my business, since I am self employed.

5.      The broker never asked for any bank statements.

6.      The broker never asked for my tax returns.

7.      The broker never asked for a profit and loss statement.

8.      The broker never asked for a business license.

9.      I trusted that the broker was acting in my best interests at the time of the loan. If I had known at the time that there was less costly option, with lower monthly payment, which would not have reduced significantly my equity in the property, I would never have taken the existing loan, which has now put my property in jeopardy.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of April 2008 in San Diego, California

_TAZUKO THORGUSEN_                          4/29/08

Decl. of Tazuko Thorgusen in Support of Ex Parte Application for Temporary Restraining Order Staying Trustee's Sale

## LIMITED POWER OF ATTORNEY

I, _IAZUKO THORGUSEN_ ("Principal") with address of
_10448 STANFIELD CT. SAN DIEGO CA 92126_ ("Property") appoint
ADVOCATE FOR FAIR LENDING, LLC as my agent (attorney-in-fact) to act for me in
any lawful way with respect to the following matters:

1.      With respect to the mortgage loan transaction by _CITI RESIDENTIAL LENDING_ under
original loan number _002 2096 350_ ("Loan") and as currently held by any
assignee, if any, empowers the agent to do all of the following:

(a)     Make demands for complete documents, information and any record or
communication that would be a document within the meaning of Section 2031.010 et
seq. of the California Code of Civil Procedure and writing within the meaning of
California Evidence Code Section 250 and shall include, without limitation, to all printed,
written or graphic matter, however produced or reproduced, of every kind and
description, including material or information stored in intangible form, such as in
computers and computer disks and CD-ROM, including, without limitation,
correspondence, memoranda, electronic mail, reports, contracts, drafts, plans,
specifications, photographs, notes or recordings of events, documents memorializing
telephone conversations or meetings, appointment books or diaries showing dates of
events, agreements, invoices, charge slips, receipts, books of account, vouchers, bank
checks, working papers and all papers similar to the foregoing, however denominated,
and every other tangible thing upon which any handwriting, typing, printing, drawing,
representation, photostatic or other copy or magnetic or electrical impulses are
recorded. The term document includes both the original of a document and each copy
that contains any additional writing, notation or interlineation, or is in any respect not an
identical copy of the original.

(b)     Assert and prosecute before a court or administrative agency a claim, claim for
relief, cause of action, counterclaim, cross-complaint, or offset, and defend against an
individual, a legal entity, or government, including suits to recover property or other
thing of value, to recover damages sustained by the principal, to eliminate or modify tax
liability, or to seek an injunction, specific performance, or other relief.

(c)     Bring an action to determine adverse claims, intervene in litigation, and act as
amicus curiae.

(d)     In connection with litigation:

(1)     Procure an attachment, garnishment, libel, order of arrest, or other preliminary,
provisional, or intermediate relief and use any available procedure to effect, enforce, or
satisfy a judgment, order, or decree.

---

PRINCIPAL _____

Copyright © 2008 Advocate for Fair Lending, LLC 20080208(bos)

(g)     Keep appropriate records of each transaction, including an accounting of receipts and disbursements.

(h)     Prepare, execute, and file a record, report, or other document the agent considers desirable to safeguard or promote the principal's interest under a statute or governmental regulation.

(i)     Reimburse the agent for expenditures properly made by the agent in exercising the powers granted by the power of attorney.

(j)     In general, do any other lawful act with respect to the subject.

_____
Borrower

_____
Co Borrower

ACKNOWLEDGEMENT

State of California        }
                          )ss.
County of Los Angeles     }

On _____, 2008, before me _____, Notary Public, personally appeared _____, personally known to me to the be the person whose name is subscribed to the within instrument an acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

*See attached Jurat /*
*Acknowledgement*

_____

Page 3 of 3

PRINCIPAL _____

Copyright © 2008 Advocates for Fair Lending, LLC 20080205(poa)

State of California          )

County of San Diego      )

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On  3/31/08  before me, Michael S. Hansen, Notary Public ,

(here insert name and title of the officer)

personally appeared  Tazuko Thorgusen

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _(signature)_

**MICHAEL S. HANSEN**
**COMM. #1585608**
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires June 7, 2008

(Seal)

──────────── OPTIONAL INFORMATION ────────────

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document

titled/for the purpose of  Limited Pot

containing  3  pages, and dated  3/31/08

The signer(s) capacity or authority is/are as:

[X] Individual(s)
[ ] Attorney-in-Fact
[ ] Corporate Officer(s) _____
                       Title(s)

[ ] Guardian/Conservator
[ ] Partner - Limited/General
[ ] Trustee(s)
[ ] Other _____

representing:  Herself
_Name(s) of Person(s) or Entity(ies) Signer is Representing_

### Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
[ ] form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page #_____  Entry #_____

Notary contact: _____

Other
[ ] Additional Signer(s)  [ ] Signer(s) Thumbprint(s)
[ ] _____

© Copyright 2007 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612  Form ACK04  10-07  To re-order call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com

1  | Mark A. Shoemaker, Esq. [sbn 134828]
2  | 3750 E. Anaheim St., Ste. 201
   | Long Beach, CA 90804
3  | Tel (562) 498-9595
   | Fax (562) 494-8410

4  | Attorney for Plaintiff
5  | ADVOCATE FOR FAIR LENDING, LLC
   | Attorney In Fact for Tazuko Thorgusen

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11 | Advocate For Fair Lending, LLC, a        )   CASE NO. 2008-000 82973
    | California Limited Liability Company,    )
12 | Attorney In Fact for Tazuko Thorgusen,   )   TEMPORARY RESTRAINING ORDER AND
    |                                          )   ORDER TO SHOW CAUSE RE PRELIMINARY
13 |        Plaintiff,                         )   INJUNCTION
    |                                          )
14 | vs.                                       )
    |                                          )
15 | ACC Capital Holdings Corporation, Argent )   OSC DATE: _____
    | Mortgage Company, Citi Residential       )   TIME: _____
16 | Lending, Deutsche Bank Trust, CR Title    )   DEPT: _____
    | Services, Inc., Does 1-25, Roes 1-25,    )
17 | Inclusive,                                )
    |                                          )
18 |        Defendants.                        )
19

20

21  After considering the moving papers filed in this action, the Court finds (1) that this is a proper case for

22  issuance of an order to show cause, and (2) that, unless the Court issues a temporary restraining order,

23  Plaintiff fill suffer irreparable injury before the matter can be hearing on formal notice. Accordingly, for

    good cause shown, the Court issues the following orders:

24  **TEMPORARY RESTRAINING ORDER**

25      IT IS ORDERED pending the hearing on the order to show cause, that Defendants ACC Capital

26  Holdings Corporation, Argent Mortgage Company, Citi Residential Linding, LLC, Deutsche Bank Trust

27  and Cr Title Services, Inc. and their respective agents, are enjoined from any further proceedings

28

                                              1

1  regarding a non-judicial Trustee's Sale regarding real property more commonly known as 10449

2  Stanfield Circle, San Diego, California 92126

3

4       **ORDER TO SHOW CAUSE**

5       IT IS FURTHER ORDERED that Defendants ACC Capital Holdings Corporation, Argent

6  Mortgage Company, Citi Residential Linding, LLC, Deutsche Bank Trust and CR Title Services, Inc.,

7  appear before this Court in Department ＿＿＿ at 330 West Broadway, San Diego, California, on

8  ＿＿＿＿＿＿, at ＿＿＿＿＿ to show cause why a preliminary injunction should not be issued enjoining

9  them and its agents from any further proceedings regarding a non-judicial Trustee's Sale regarding real

10 property more commonly known as 10449 Stanfield Circle, San Diego, California 92126.

11      Plaintiff shall serve a copy of the complaint, declarations and ex parte application together with a

12 copy of this order to show cause and temporary restraining order, be served by ＿＿＿＿＿＿＿ on

13 Defendants no later than ＿＿＿＿＿＿＿. Any opposition must be filed and served by

14 ＿＿＿＿＿＿＿ no later than ＿＿＿＿＿＿. If after reviewing the opposition, Paintiff considers a

15 reply necessary and appropriate, it must file and serve it by ＿＿＿＿＿＿＿no later than

16 ＿＿＿＿＿.

17      The temporary restraining order shall expire on ＿＿＿＿＿＿＿＿＿.

18      Bond shall be [set after the order to show cause hearing] [in the amount of ＿＿＿＿＿].

19

20 Date:＿＿＿＿＿＿

21

22                              ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

23                              Judge of the Superior Court

24

25

26

27

28

                                    2

**EXHIBIT B**

BUCHALTER NEMER
A Professional Corporation
BERNARD E. LESAGE (SBN: 61870)
RACHAEL H. BERMAN (SBN: 174718)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendants
ACC CAPITAL HOLDINGS CORPORATION and
ARGENT MORTGAGE COMPANY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| ADVOCATE FOR FAIR LENDING, LLC, a California Limited Liability Company, Attorney in Fact for Tazuko Thorgusen,, | CASE NO. 2008-00082973 |
| Plaintiffs, | **NOTICE TO STATE COURT AND TO ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C § 1441 FEDERAL QUESTION JURISDICTION** |
| vs. | |
| ACC CAPITAL HOLDINGS CORPORATION, ARGENT MORTGAGE COMPANY, CITI RESIDENTIAL LENDING, DEUTSCHE BANK TRUST, CR TITLE SERVICES, INC., DOES 1-25, inclusive,, | |
| Defendants. | |

**TO THE SAN DIEGO SUPERIOR COURT, PLAINTIFFS AND, THEIR ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES:**

/ / /

/ / /

/ / /

/ / /

/ / /

**PLEASE TAKE NOTICE THAT** on May 30, 2008, notice of removal of this action was

BN 1982001v1

1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

NOTICE TO STATE COURT AND TO ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO UNITED STATES
DISTRICT COURT UNDER 28 U.S.C § 1441 FEDERAL QUESTION JURISDICTION

1     **PLEASE TAKE NOTICE THAT** on May 30, 2008, notice of removal of this action was

2 filed in the United States District Court for the Central District of California, a copy of which is

3 attached to this notice as Exhibit "1" and is served herewith.

4 DATED: May 30, 2008

                                        BUCHALTER NEMER

5                                         A Professional Corporation

6

7                           By: _____

8                                  RACHAEL H. BERMAN

                                    Attorneys for Defendant

9                      ACC CAPITAL HOLDINGS and ARGENT

                                 MORTGAGE COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
Professional Corporation
IRVINE

BN 1982001v1

2

NOTICE TO STATE COURT AND TO ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT
COURT UNDER 28 U.S.C § 1441 FEDERAL QUESTION JURISDICTION

1

## PROOF OF SERVICE

2

3        I am employed in the County of Los Angeles, State of California.  I am over the age of 18

4   and not a party to the within action.  My business address is at BUCHALTER NEMER, A

5   Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California  90017-

6   2457.

7        On the date set forth below, I served the foregoing document described as:

8   **NOTICE OF REMOVAL UNDER 28 U.S.C. SECTIONS 1441 AND 1446**

9

10  on all other parties and/or their attorney(s) of record to this action by _____  faxing and/or

11  __X__ placing a true copy thereof in a sealed envelope as follows:

12  Mark A. Shoemaker, Esq.                  Fred Winters, Esq.
    3750 E. Anaheim St., Suite 201           Miles, Bauer, Bergstrom & Winters, LLP
13  Long Beach, CA  90804                    1665 Scenic Avenue, Suite 200
                                             Costa Mesa, CA  92626
14                                           714-481-8317

15  ☒    **BY MAIL**   I am readily familiar with the business' practice for collection and processing
    of correspondence for mailing with the United States Postal Service. The address(es) shown above
16  is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United
    States Postal Service at Buchalter Nemer in Los Angeles, California on May 30, 2008.  The
17  envelope was sealed and placed for collection and mailing with first-class prepaid postage on this
    date following ordinary business practices.
18

19

20  ☒    I declare that I am employed in the office of a member of the bar of this court at whose

21  direction the service was made.  Executed on May 30, 2008, at Los Angeles, California.

22  _____          _____
         Violet Carrera
23                                                        (Signature)

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**PROOF OF SERVICE**

JS 44 (Rev. 12/07) (cand rev 1-08)    **CIVIL COVER SHEET**

**FILED**

MAY 30 2008

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY ____ ew19 ____ DEPUTY

**08 CV 0974 JLS BLM**

**I. (a) PLAINTIFFS**
Advocate for fair Lending LLC

**DEFENDANTS**
Acc Capital Holdings

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mark A. Shoemaker, Esq 134808
3750 E. Anaheim st. ste 201
Long Beach, CA 90804

Attorneys (If Known)
Buchalter nemer
Benard E. Lesage SBn 61870
1000 Wilshire Blvd ste. 1500
Los Angeles, CA 90017

ORIGINAL

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury — Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | [X] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | **LABOR** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | | [ ] 710 Fair Labor Standards Act | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | | [ ] 720 Labor/Mgmt. Relations | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | **SOCIAL SECURITY** | [ ] 740 Railway Labor Act | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 861 HIA (1395ff) | [ ] 790 Other Labor Litigation | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 862 Black Lung (923) | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 863 DIWC/DIWW (405(g)) | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | [ ] 864 SSID Title XVI | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 865 RSI (405(g)) | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 550 Civil Rights | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 555 Prison Condition | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 463 Habeas Corpus - Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C.1601 et seq.
Brief description of cause:
Truth in Lending Act- Recission

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE 5/30/08

SIGNATURE OF ATTORNEY OF RECORD

American LegalNet, Inc.
www.FormsWorkflow.com

TAC # 151408    $350
6/1/08

CA