

usdc_ecf_ilnd@ilnd.uscourts.gov

07/31/2008 04:01 PM

To InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject Transferred case has been opened

CASE: 3:08-cv-00974

DETAILS: Case transferred from California Southern
has been opened in Northern District of Illinois - <font color=red>CM/ECF
LIVE, Ver 3.2.1</font>
as case 1:08-cv-04296, filed 07/31/2008.